IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPIRIT AIRLINES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>24/7 REAL MEDIA, et al., )<br>)<br>Defendants, )<br>)<br>ECHO TARGET, INC., )<br>)<br>Counterclaimant, )<br>)<br>v. )<br>)<br>SPIRIT AIRLINES, INC., )<br>)<br>Counterdefendant. )<br>) | C.A. No. 07-341 (***) |

**STIPULATION OF WITHDRAWAL OF ANSWER AND
VOLUNTARY DISMISSAL OF COUNTERCLAIM AND ORDER**

It is stipulated and agreed by and between counsel for the plaintiff Spirit Airlines, Inc. and counsel for defendant, Echo Target, Inc., that the answer heretofore filed in this action by Echo Target, Inc. [D.I. No. 63] be, and is hereby, withdrawn.

Further, it is stipulated and agreed by and between counsel for the counterclaimant Echo Target, Inc. and counsel for counterdefendant Spirit Airlines, Inc. that Echo Target's counterclaim is hereby voluntarily dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(c).

| | |
|---|---|
| Dated: June 6, 2007 | LANDIS RATH & COBB LLP<br><br>*/s/ (signature)*<br>Rebecca L. Butcher (#3816)<br>919 Market Street, Suite 600<br>Wilmington, Delaware 19801<br>Telephone: 302-467-4400<br><br>*Attorneys for Defendant and Counterclaimant Echo Target, Inc.*<br><br>SAUL EWING LLP<br><br>/s/Kathleen P. Makowski<br>Kathleen P. Makowski (#3648)<br>222 Delaware Avenue, Suite 1200<br>Wilmington, DE 19801<br>Telephone: 302-421-6898<br><br>*Attorneys for Plaintiff and Counter Defendant Spirit Airlines, Inc.* |

SO ORDERED this _____ day of June, 2007

_____
United States District Court Judge