IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPIRIT AIRLINES INC., | ) |
| | ) C.A. No. 07CV341 (SLR) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| 24/7 REAL MEDIA INC., et. al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the attorney set forth below hereby enters her appearance on behalf of defendant Carrollton Bank and requests that an entry be made on the Clerk's Matrix in this case, and that all notices given or required to be given and all papers served or required to be served, in this case, be given to and served on counsel as noted below.

Respectfully submitted,

MCCARTER & ENGLISH, LLP


/s/ Katharine L. Mayer
Katharine L. Mayer (DE Bar I.D. #3758)
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE  19801
(302) 984-6300
(302) 984-6399 Facsimile
kmayer@mccarter.com

*Attorneys for Carrollton Bank*

Dated: June 13, 2007

MEI 6478889v.1

## CERTIFICATE OF SERVICE

I, Katharine L. Mayer, hereby certify that on June 13, 2007 I caused a copy of the foregoing Notice of Appearance and Request for Service of Papers to be served upon plaintiff's counsel of record via the LEXIS NEXIS Efile and Serve system.

/s/ Katharine L. Mayer
Katharine L. Mayer (DE Bar ID #3758)