### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPIRIT AIRLINES, INC., | : |
| Plaintiff, | : |
| | : |
| v. | : C. A. No.  07-341 (SLR) |
| | : |
| 24/7 REAL MEDIA, INC., et al., | : (Transferred from the United |
| | : States District Court for the |
| Defendants | : Southern District of Florida, |
| | : Division, Case # 07-60399-CIV) |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Kathleen P. Makowski, Esquire (DE

Attorney I.D. #3648) as local counsel for Plaintiff, Spirit Airlines, Inc. in the above-

captioned matter.


Dated:  June 13, 2007


**SAUL EWING LLP**


Kathleen P. Makowski, Esquire (No. 3648)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, Delaware  19801-1611
(302) 421-6800 (phone)
(302) 421-6813 (fax)
kmakowski@saul.com (e-mail)

Attorney for Plaintiff, Spirit Airlines, Inc.

548502.1 6/13/07

OF COUNSEL

Connie A. Lahn, Esquire
Fafinski Mark & Johnson, P.A.
Flagship Corporate Center
775 Prairie Center Drive, Suite 400
Eden Prairie, MN 55344

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

SPIRIT AIRLINES, INC.,      :

    Plaintiff,      :

             :

v.             : C. A. No. 07-341 (SLR)

             :

24/7 REAL MEDIA, INC., et al.,    : (Transferred from the United

             : States District Court for the

    Defendants     : Southern District of Florida,

             : Division, Case # 07-60399-CIV)

## CERTIFICATE OF SERVICE

I, Kathleen P. Makowski, Esquire, hereby certify that on this 13th day of June, 2007, I electronically filed a true and correct copy of the foregoing Entry of Appearance with the Clerk of Court using CM/ECF which will send notification of such filing. A copy of the document was served on the following attorney(s) of record on the attached list and in the manner indicated.

          SAUL EWING LLP

          Kathleen P. Makowski, Esquire (No. 3648)
          222 Delaware Avenue, Suite 1200
          P.O. Box 1266
          Wilmington, Delaware 19801-1611
          (302) 421-6800 (phone)
          (302) 421-6813 (fax)
          kmakowski@saul.com (e-mail)

          Attorney for Plaintiff, Spirit Airlines, Inc.

548502.1 6/13/07