IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SPIRIT AIRLINES, INC., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 07-cv-341-SLR |
| | ) | |
| 24/7 REAL MEDIA, INC., ADVERTISING.COM, INC., AMERICA ONLINE, INC., d/b/a AOL, BURST MEDIA CORPORATION, CARROLTON BANK, CHEAPFLIGHTS (USA), INC., ECHO TARGET, INC., HOTWIRE, INC., INTERCEPT INTERACTIVE, INC., PRICELINE.COM, LLC, RACKSPACE, LTD., SHERMANS TRAVEL, INC., SIDESTEP, INC., SMARTER LIVING, INC., et al. | ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants | ) | |

## ENTRY OF APPEARANCE

**PLEASE TAKE NOTICE THAT** the law firm of William D. Sullivan, LLC, a Delaware limited liability corporation, hereby enters its appearance as counsel for Priceline.com in the above-captioned case.

Date:  June 13, 2007
Wilmington, Delaware

WILLIAM D. SULLIVAN, LLC

_____
William D. Sullivan (No. 2820)
Elihu E. Allinson, III (No. 3476)
4 East 8th Street, Suite 400
Wilmington, DE  19801
Tel: (302) 428-8191
Fax: (302) 428-8195

*Attorneys for Priceline.com*

## CERTIFICATE OF SERVICE

    I hereby certify that on March 13, 2007, I have served the foregoing *Entry of Appearance* via U.S. Mail, postage prepaid, on the following:

Kathleen P. Makowski
Saul Ewing LLP
222 Delaware Ave #1200
P.O. Box 1266
Wilmington, DE 19899

Marcos Alexis Ramos
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Katharine L. Mayer
McCarter & English, LLP
919 N. Market Street, Suite 1800
P.O. Box 111
Wilmington, DE 19899

| | |
|---|---|
| *June 13, 2007* | /s/William D. Sullivan |
| Date | William D. Sullivan |