IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Spirit Airlines, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | C. A. No. 07-341-SLR |
| | ) | |
| 24/7 Real Media, Inc., et al., | ) | |
| | ) | |
| Defendants. | ) | |

### STIPULATION AND ORDER

Plaintiff Spirit Airlines, Inc. ("Spirit") and defendants Advertising.com, Inc. and America Online, Inc. ("Defendants"), by and through their respective attorneys and subject to order of the Court, hereby stipulate and agree that the time within which Defendants may move, answer or otherwise respond to the Complaint for Interpleader is extended through and including June 20, 2007.

_____
Kathleen P. Makowski (#3648)
Saul Ewing LLP
222 Delaware Avenue, Ste. 1200
Wilmington, DE 19801
(302) 421-6800

*Attorneys for Spirit*

_____
Robert J. Stearn, Jr. (#2915)
Marcos A. Ramos (#4450)
Lee E. Kaufman (#4877)
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19899
(302) 651-7700

*Attorneys for Defendants*


SO ORDERED this _____ day of June, 2007.


_____
U.S.D.J.

RLF1-3161899-1