IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPIRIT AIRLINES INC. ) | |
| ) | C.A. No. 07-341 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| 24/7 REAL MEDIA INC., et. al., ) | |
| ) | |
| Defendants. ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5, and the attached certification, counsel moves the admission pro hac vice of Robert J. Parsons, II, Esquire, Rogers, Moore and Rogers, LLP, Six South Calvert, Baltimore, MD 21202, to represent Carrollton Bank in this matter.

/s/ Katharine L. Mayer
Katharine L. Mayer, Esq. (DE #3758)
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
(302) 984-6399 (facsimile)
Attorneys for Carrollton Bank

Date: June 18, 2007

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

BY THE COURT:

Date: _____     _____
                         United States District Court Judge

ME1 6478834v.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia, Commonwealth of Pennsylvania and the State of Maryland and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Robert J. Parsons, II
Rogers, Moore and Rogers, LLP
Six South Calvert
Baltimore, MD 21202
(410) 727-4456
(443) 524-0835 (facsimile)

Date: June 8th, 2007

ME1 6478834v.1

# CERTIFICATE OF SERVICE

  I, Katharine L. Mayer, Esquire, hereby certify that on this 18th day of June 2007, I caused a copy of the foregoing Motion Pro Hac Vice to be served upon the parties on the attached service list via first class mail:

                /s/ Katharine L. Mayer
                Katharine L. Mayer, Esq. (DE # 3758)

ME1 6478834v.1