IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SPIRIT AIRLINES, INC.,

       Plaintiff,

vs.

24/7 REAL MEDIA, INC., ADVERTISING.COM, INC., AMERICA ONLINE, INC. DBA AOL, BURST MEDIA CORPORATION, CARROLLTON BANK, CHEAPFLIGHTS (USA), INC., ECHO TARGET, INC., HOTWIRE, INC., INTERCEPT INTERACTIVE, INC., PRICELINE.COM, LLC, RACKSPACE, LTD., SHERMANS TRAVEL, INC., SIDESTEP, INC., SMARTER LIVING, INC., SPECIFICMEDIA, INC., TRAVEL MARKETING GROUP, INC., TRAVELZOO, INC., TRIBAL FUSION, INC., TRIPADVISOR LLC, VALUECLICK, INC., and THE WEATHER CHANNEL INTERACTIVE, INC.,

       Defendants.
_____/

CASE NO. 07-341 (SLR)

**STATEMENT PURSUANT TO LOCAL RULE 81.2**

Pursuant to Local Rule 81.2 of the Local Rules for the District Court of the District of Delaware, counsel for Spirit Airlines, Inc. ("Spirit"), states that there are two pending matters that require judicial action, which are as follows:

    1.    Judicial action is required to determine when Defendant Specific Media, Inc. must respond to the complaint.

On May 10, 2007, Defendant Specific Media, Inc. filed its motion for an extension of time to respond/reply to the complaint. On May 14, 2007, the Court granted Defendant Specific

Media, Inc.'s motion for an extension of time to respond/reply to the complaint until May 19, 2007. On May 18, 2007, Spirit's motion to change venue was granted.

    2.    Judicial action is required with respect to the entry of an order on default procedure.

On May 1, 2007, the United States District Court, Southern District of Florida entered an order on default procedure addressing the default procedure for those defendants that have failed to answer or otherwise respond. Pursuant to this order, the Court requested that Spirit submit a Motion for Entry of Clerk's Default no later than May 11, 2007. However, on May 3, 2007, this order was set aside by the Court pending a determination of whether the case should proceed in the United States District Court, Southern District of Florida. On May 18, 2007, Spirit's motion to change venue was granted.

    3.    Judicial action is required to accept the amount deposited with this Court as the interpleaded funds.

On May 17, 2007, Spirit and defendant Carrollton Bank entered into a stipulation regarding the deposit of the interpleaded funds. Pursuant to the stipulation, Spirit has since sent a check in the amount of $458,186.26 to this Court.

Dated: June 18, 2007

SAUL EWING, LLP

By: _____
Kathleen Makowski, Esq. (#3648)
222 Delaware Ave, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Telephone: 302-421-6800
Facsimile: 302-421-6813

and

**FAFINSKI MARK & JOHNSON, P.A**

Connie A. Lahn (MN Bar No. 02692219)
400 Flagship Corporate Center
775 Prairie Center Drive
Eden Prairie, Minnesota 55344
Telephone:   952.995.9500
Facsimile:    952.995.9577

COUNSEL FOR SPIRIT AIRLINES, INC.