IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPIRIT AIRLINES, INC., | : |
| Plaintiff, | : |
| v. | : C. A. No. 07-341 |
| 24/7 REAL MEDIA, INC., et al., | : (Transferred from the United |
| | : States District Court for the |
| Defendants | : Southern District of Florida, |
| | : Division, Case # 07-60399-CIV) |

**CERTIFICATE OF SERVICE**

I, Kathleen P. Makowski, Esquire, hereby certify that on this 18th day of June, 2007, I electronically filed a true and correct copy of the foregoing Statement Pursuant to Local Rule 81.2 with the Clerk of Court using CM/ECF which will send notification of such filing. A copy of the document was served on the following attorney(s) of record on the attached list and in the manner indicated.

| | |
|---|---|
| Marcos Alexis Ramos, Esquire | Katharine L. Mayer, Esquire |
| Richards Layton & Finger | McCarter & English, LLP |
| One Rodney Square | 919 N. Market Street, Suite 1800 |
| P.O. Box 551 | P.O. Box 111 |
| Wilmington, Delaware 19899 | Wilmington, Delaware 19899 |

Dated: June 18, 2007

SAUL EWING, LLP

By: _____
Kathleen Makowski, Esq. (#3648)
222 Delaware Ave, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Telephone: 302-421-6800
Facsimile: 302-421-6813

Attorneys for Plaintiff Spirit Airlines, Inc.

548378.1 6/18/07