## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | CIVIL ACTION |
| SPIRIT AIRLINES, INC., ) | |
| ) | Docket No. 1:07-cv-00341-SLR |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| 24/7 REAL MEDIA, INC., ADVERTISING.COM, ) | |
| INC., AMERICA ONLINE, INC. dba AOL, BURST ) | |
| MEDIA CORORATION, CARROLLTON BANK, ) | |
| CHEAPFLIGHTS (USA), INC., ECHO TARGET, ) | |
| INC., HOTWIRE, INC., PRICELINE.COM, LLC, ) | |
| INTERCEPT INTERACTIVE, INC., RACKSPACE, ) | |
| LTD. SHERMANS TRAVEL, INC., SIDESTEP, ) | |
| INC., SMARTER LIVING, INC., SPECIFICMEDIA, ) | |
| INC.,TRAVEL MARKETING GROUP, INC., ) | |
| TRAVELZOO, INC., TRIBAL FUSION, INC., ) | |
| TRIPADVISOR LLC, VALUECLICK, INC., AND ) | |
| WEATHER CHANNEL INTERACTIVE, INC., ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing Response to Complaint for Interpleader, Affirmative Defenses and Counterclaims was sent via first class mail, postage pre-paid to the following:

| | |
|---|---|
| Anthony J. Carriuolo, Esquire | Connie A. Lahn, Esquire |
| Berger Singerman | Lara O. Glaesman, Esquire |
| 350 East Las Olas Blvd., Ste 1000 | Fafinski Mark & Johnson P.A. |
| Ft. Lauderdale, FL 33301 | 775 Prairie Center Drive, Ste 400 |
| | Elden Prairie, MN 55344 |

All other parties shall be served by ECF by the Court.

MATTLEMAN, WEINROTH & MILLER
Counsel for The Weather Channel

Dated: *6/7/07*   __*/s/ Adam R. Elgart*_____
Adam R. Elgart, Esquire
Attorney I.D. No. 3372
200 Continental Drive, Ste 215
New Castle, DE 19713
(302) 731-8349