## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Spirit Airlines, Inc. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) C. A. No. 07-341-SLR |
| | ) |
| 24/7 Real Media, Inc., et al., | ) |
| | ) |
| Defendants. | ) |

### ENTRY OF APPEARANCE

Please enter the appearance of the firm of Richards, Layton & Finger, P.A.

in the above-captioned proceeding as counsel for the defendants Advertising.com, Inc.

and America Online, Inc.

Date: June 19, 2007
Wilmington, Delaware

Robert J. Stearn, Jr. (#2915)
Marcos A. Ramos (#4450)
Lee E. Kaufman (#4877)
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE 19899
(302) 651-7700 (phone)
(302) 651-7701 (fax)
stearn@rlf.com
ramos@rlf.com
kaufman@rlf.com

*Attorneys for Defendants Advertising.com, Inc.*
*and America Online, Inc.*

RLF1-3166992-1

Dockets.Justia.com