

**SAUL EWING**
Attorneys at Law
A Delaware LLP

Kathleen P. Makowski
Phone: (302) 421-6898
Fax: (302) 421-5864
kmakowski@saul.com
www.saul.com

June 19, 2007

**VIA HAND DELIVERY**

Clerk, United States District Court
 For the District of Delaware
844 North King Street, Room 4209
Wilmington, DE 19801

               RE:    Spirit Airlines, Inc. v. 24/7 Real Media, Inc., et al.
                         U.S.D.C., D. Del., C.A. No. 07-341 (SLR)

Dear Sir/Madam:

     Enclosed is check number 685624 directed to the United States District Court of Delaware in the amount of $458,186.73. Please deposit this check in the Registry of the Court pursuant to the Order regarding interplead funds dated June 18, 2007, Docket No. 85 (the "Order"). A copy of the Order is attached for your convenience.

     I am available at the Court's convenience for any questions.

                                                    Respectfully Submitted,

                                                    Kathleen P. Makowski

KPM/cm
Enclosure

cc:     Connie Lahn, Esq. (w/encl.)
         Jeff Scott, Esq. (w/encl.)
         Kathryn Mayer, Esq. (w/encl.)

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611
BALTIMORE    CHESTERBROOK    HARRISBURG    NEWARK    PHILADELPHIA    PRINCETON    WASHINGTON    WILMINGTON
A DELAWARE LIMITED LIABILITY PARTNERSHIP
549011.1 6/19/07

dockets.Justia.com