# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPIRIT AIRLINES, INC., | : |
| Plaintiff, | : |
| v. | : C. A. No. 07-341 (SLR) |
| 24/7 REAL MEDIA, INC., et al., | : (Transferred from the United |
| | : States District Court for the |
| Defendants | : Southern District of Florida, |
| | : Division, Case # 07-60399-CIV) |

## ORDER

**WHEREAS**, on May 17, 2007, Plaintiff and Defendant, Carollton Bank, stipulated that Plaintiff shall interplead the sum of $458,186.73 in this matter;

**WHEREAS**, the Plaintiff in this action wishes to deposit the sum of $458,186.73 with the Clerk of the Court; and

**WHEREAS**, the deposit of said funds is authorized by Fed. R. Civ. P. 67 and subject to Order of the Court,

**NOW THEREFORE, IT IS HEREBY ORDERED:**

1. The Clerk of the Court shall accept $458,186.73 (the "Deposit") from the Plaintiff.

2. Within ten (10) days of receipt of the check representing payment of the Deposit, the Clerk of the Court shall draw a check against the Registry of the Court in the amount of $458,186.73 made payable to Clerk, U.S. District Court and deliver same to Citizens Bank, together with a certified copy of this Order.

548766 1 6/14/07

3. Upon receipt of said check by Citizens Bank, it shall be deposited in an interest-bearing account to be opened in the name of "Office of the Clerk of U.S. District Court, Delaware, Civil Action No. 07-341(SLR)."

4. The Clerk of the Court shall deduct, from the income earned on the investment, a fee, not exceeding that authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office, whenever such income becomes available for deduction in the investment so held and without further order of the Court.

5. The funds deposited with Citizens Bank shall remain on deposit until further order of the Court.

DATED: 6/18/07

United States District Court Judge

548766.1 6/14/07

-2-