## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of June, 2007 a true copy of the Answer and Counterclaims of AOL LLC and Advertising.com, Inc. was served upon Delaware counsel in the manner indicated:

### VIA HAND DELIVERY:

Kathleen P. Makowski
Saul Ewing LLP
222 Delaware Avenue, Ste. 1200
Wilmington, DE 19801
*(counsel to Spirit Airlines, Inc.)*

Katharine L. Mayer
McCarter & English, LLP
919 N. Market Street, Suite 1800
P.O. Box 111
Wilmington, DE 19899
*(counsel to Carrollton Bank)*

William D. Sullivan
William D. Sullivan, LLC
4 East 8th St., Suite 400
Wilmington, DE 19801
*(counsel to Priceline.com)*

Erica N. Finnegan
Cross & Simon, LLC
913 North Market Street, 11th Floor
Wilmington, DE 19801
*(counsel to SpecificMedia Inc.)*

### VIA FIRST CLASS MAIL:

Adam R. Elgart
Mattleman, Weinroth & Miller, P.C.
200 Continental Drive, Suite 215
Newark, DE 19713
*(counsel to Weather Channel Interactive Inc.)*

Robert J. Stearn, Jr. (No. 2915)

RLF1-3167711-1

Dockets.Justia.com