## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

SPIRIT AIRLINES, INC.,                                          :
                                                               :
        Plaintiff,                                   :
                                                               :
v.                                                             :  C. A. No.  07-341
                                                               :
24/7 REAL MEDIA, INC., et al.,                                 :  (Transferred from the United
                                                               :  States District Court for the
        Defendants                                   :  Southern District of Florida,
                                                               :  Division, Case # 07-60399-CIV)

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admissions *pro hac vice* of the following counsel to represent Plaintiff Spirit Airlines, Inc. in this matter: Connie A; Lahn, Esquire of Fafinski, Mark & Johnson, P.A.

In accordance with Standing Order for District Court Fund effective January 1, 2005, movant states that the annual fee of $25.00 per attorney will be submitted to the Clerk's office with this Motion.

SAUL EWING LLP

_____
Kathleen P. Makowski, Esquire (No. 3648)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, Delaware  19801-1611
(302) 421-6800 (phone)
(302) 421-6813 (fax)
kmakowski@saul.com (e-mail)

Attorneys for Plaintiff Spirit Airlines, Inc.

548378.1 6/4/07

OF COUNSEL

Connie A. Lahn, Esquire
Fafinski Mark & Johnson, P.A.
Flagship Corporate Center
775 Prairie Center Drive, Suite 400
Eden Prairie, MN 55344

DATED:      June ___4___, 2007

      IT IS HEREBY ORDERED that counsel's Motion for Admission *pro hac vice* is granted.

Date: _____

_____
J.

548378.1 5/31/07