IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPIRIT AIRLINES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>24/7 REAL MEDIA, INC., *et al.*, )<br>)<br>Defendants. )<br>_____) | C.A. No. 07-341 SLR |

**NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR NOTICE**

Please enter the appearance of Christopher D. Loizides, Esquire on behalf of defendant SideStep, Inc. Please serve all papers, pleadings, notices and other documents upon counsel at the addresses stated below:

> Christopher D. Loizides, Esquire
> LOIZIDES, P.A.
> 1225 King Street, Suite 800
> Wilmington, DE 19801
> Telephone:   (302) 654-0248
> Facsimile:   (302) 654-0728
> Email:       loizides@loizides.com

This entry of appearance shall not be deemed to be a submission to the jurisdiction of the District Court, a waiver of the defenses of lack of personal jurisdiction or lack of service or of any other defense, claim or right without any limitation whatsoever.

DATED: June 26, 2007

/s/ Christopher D. Loizides

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:   (302) 654-0728
E-mail:      loizides@loizides.com

*Counsel for Defendant SideStep, Inc.*