IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SPIRIT AIRLINES, INC., | ) | |
| | ) | C.A. No. 07-341 SLR |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| 24/7 REAL MEDIA, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, Christopher D. Loizides, hereby certify that on the 26th day of June, 2007, I did cause to be served a true and correct copy of the foregoing **Entry of Appearance and Request for Notice** on the parties on the attached service list in the manner indicated thereon.

DATED: June 26, 2007

_____
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:    (302) 654-0728
E-mail:        loizides@loizides.com

070626135126.DOCX

**SERVICE LIST**

**VIA FIRST CLASS MAIL**

Kathleen P. Makowski, Esquire
Saul Ewing, LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266
*Counsel for Plaintiff*

Robert J. Stearn, Jr., Esquire
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551
*Counsel for Defendant Advertising.com, Inc.*

Katharine L. Mayer, Esquire
McCarter & English, LLP
919 No. Market Street, Suite 1800
P.O. Box 111
Wilmington, DE 19899-0111
*Counsel for Defendant Carrollton Bank*

William D. Sullivan, Esquire
William D. Sullivan, LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801
*Counsel for Defendant Priceline.com, LLC*

Erica N. Finnegan, Esquire
Cross & Simon, LLC
913 No. Market Street, 11th Floor
Wilmington, DE 19801
*Counsel for Defendant SpecificMedia, Inc.*

Adam R. Elgart, Esquire
Mattleman Weinroth & Miller, PC
200 Continental Drive, Suite 215
Newark, DE 19713
*Counsel for Defendant Weather Channel Interactive, Inc.*