# RETURN OF SERVICE

State of Florida      County of      Court

Case Number: 07-60399

Plaintiff:
**SPIRIT AIRLINES INC.**

vs.

Defendant:
**SMARTER LIVING INC.**

For:
Anthony Carriuolo
BERGER SINGERMAN
350 East Las Olas Blvd
Ft Lauderdale, FL 33301

Received by Boston Due Process to be served on **SMARTER LIVING INC. 465 MEDFORD STREET CHARLESTOWN, MA. 02129.**

I, MARK C. GAISFORD, do hereby affirm that on the **17th day of April, 2007** at **3:11 pm**, I:

**CORPORATE:** served the within-named corporation by delivering a true copy of the **Summons and Complaint in a Civil Case** with the date, hour of service, my identification number and initials endorsed thereon by me, to: **LINE CHARLES** as **RECEPTIONIST** in compliance with State Statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a sworn Constable in good standing.

MARK C. GAISFORD
CONSTABLE #146

Boston Due Process
P.O. Box 320487
Boston, MA 02132
(617) 469-3100

Our Job Serial Number: 2007000088

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Spirit Airlines, Inc.,<br><br>Plaintiff,<br>vs.<br><br>24/7 Real Media, Inc., Advertising.com, Inc., America Online, Inc. dba AOL, Burst Media Corporation, Carrollton Bank, CheapFlights (USA), Inc., Echo Target, Inc., Hotwire, Inc., Intercept Interactive, Inc., Priceline.com, LLC, Rackspace, Ltd., Shermans Travel, Inc., SideStep, Inc., Smarter Living, Inc., SpecificMedia, Inc., Travel Marketing Group, Inc., TravelZoo, Inc., Tribal Fusion, Inc., TripAdvisor LLC, Valueclick, Inc., and The Weather Channel Interactive, Inc., and all other persons or entities unknown claiming any right, title or interest to the funds described in the Complaint herein,<br><br>Defendants. | Civil Action File No. _____<br><br>07-60399<br><br>CIV-ALTONAGA<br><br>MAGISTRATE JUDGE<br>TURNOFF |

**SUMMONS IN A CIVIL CASE**

TO:   Smarter Living, Inc.
      c/o Daniel Saul, Registered Agent of Smarter Living, Inc.
      465 Medford Street, Suite 400
      Boston, MA  02129

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY

Local Counsel for Spirit Airlines, Inc.

Anthony Carriuolo (FL Bar No. 434541)
BERGER SINGERMAN
350 East Las Olas Boulevard, Suite 1000
Fort Lauderdale, FL 33301
954-525-9900 (phone)
954-523-2872 (fax)

AND

Connie A. Lahn (MN Bar No. 0269219)
Lara O. Glaesman (MN Bar No. 316866)
FAFINSKI MARK & JOHNSON, P.A
Flagship Corporate Center
775 Prairie Center Drive, Suite 400
Eden Prairie, MN 55344
952-995-9500 (phone)
952-995-9577 (fax)

an answer to the complaint which is herewith served upon you, within twenty days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time.

Clarence Maddox                                MAR 2 1 2007
_____                        _____
Clerk                                          Date

_____
(By) Deputy Clerk