## RETURN OF SERVICE

**State of FLORIDA**      **County of**      **United States District Court**

Case Number: 07-60399

Plaintiff:
**Spirit Airlines, Inc.**
vs.
Defendant:
**24/7 Real Media, Inc., et al**

For:
LARRY L. MABSON INVESTIGATION
514 Southeast 7th Strret
Fort Lauderdale, FL 33301

Received by ACTION ATTORNEY SUPPORT SERVICE to be served on **SPECIFICMEDIA, INC., c/o Roy E. Luna, Registered Agent, 4 Park Plaza, Suite 1900, Irvine, CA 92614.**

I, Linda C. Wraich, Registration # PSC 1954, do hereby affirm that on the **19th day of April, 2007** at **4:25 pm,** I:

**CORPORATE:** served the within-named corporation by delivering a true copy of the **Summons & Complaint for Inter-Pleader** with the date, hour of service, my identification number and initials endorsed thereon by me, to: **Roy Luna** as **Registered Agent-Authorized to accept service** in compliance with State Statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Registered Process Server, in good standing, in the judicial circuit in which the process was served.

*Linda C. Wraich*
Linda C. Wraich, Registration # PSC 1954
Process Server

ACTION ATTORNEY SUPPORT SERVICE
2510 N. Grand Avenue
Suite 209
Santa Ana, CA 92705
(714) 771-8464
Our Job Serial Number: 2007000028

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5i

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Spirit Airlines, Inc., | Civil Action File No. _____ |
| Plaintiff, vs. | 07-60399 |
| 24/7 Real Media, Inc., Advertising.com, Inc., America Online, Inc. dba AOL, Burst Media Corporation, Carrollton Bank, CheapFlights (USA), Inc., Echo Target, Inc., Hotwire, Inc., Intercept Interactive, Inc., Priceline.com, LLC, Rackspace, Ltd., Shermans Travel, Inc., SideStep, Inc., Smarter Living, Inc., SpecificMedia, Inc., Travel Marketing Group, Inc., TravelZoo, Inc., Tribal Fusion, Inc., TripAdvisor LLC, Valueclick, Inc., and The Weather Channel Interactive, Inc., and all other persons or entities unknown claiming any right, title or interest to the funds described in the Complaint herein, | CIV-ALTONAGA MAGISTRATE JUDGE TURNOFF |
| Defendants. | |

### SUMMONS IN A CIVIL CASE

TO:   SpecificMedia, Inc.
      c/o Roy E. Luna, Registered Agent of SpecificMedia, Inc.
      4 Park Plaza, Suite 1900
      Irvine, CA 92614

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY

Local Counsel for Spirit Airlines, Inc.

Anthony Carriuolo (FL Bar No. 434541)
BERGER SINGERMAN
350 East Las Olas Boulevard, Suite 1000
Fort Lauderdale, FL 33301
954-525-9900 (phone)
954-523-2872 (fax)

AND

Connie A. Lahn (MN Bar No. 0269219)
Lara O. Glaesman (MN Bar No. 316866)
FAFINSKI MARK & JOHNSON, P.A
Flagship Corporate Center
775 Prairie Center Drive, Suite 400
Eden Prairie, MN 55344
952-995-9500 (phone)
952-995-9577 (fax)

an answer to the complaint which is herewith served upon you, within twenty days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time.

Clarence Maddox
_____   MAR 2 1 2007
Clerk                          _____
                               Date
(By) Deputy Clerk