AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| COMPLAINT FOR INTER-PLEADER  Service of the Summons and Complaint was made by me¹ | DATE 5/22/07 |
|---|---|
| Name of SERVER  CLARENCE RANDOLPH | TITLE  PROCESS SERVER REGISTRATION #822 |

*Check one box below to indicate appropriate method of service*   ALAMEDA COUNTY

☐ Served Personally upon the Defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:
"JOHN DOE" REFUSED HIS IDENTIFICATION, 40, 5ft7, 160 POUNDS, BLK HAIR, CAUCASIN RACE SERVED AT TRIBAL FUSION, INC, CORRECT ADDRESS IS 2085 KEY BOULEVARD, EL CERRITO SERVE ON 5/22/07 AT 7:30 P.M.

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   5/23/07
                  Date

*Signature of Server*   Clarence Randolph

CLARENCE RANDOLPH REGISTRATION #822
Address of Server   OAKLAND, ALAMEDA COUNTY
339 15TH STREET, SUITE 206
OAKLAND, CA   94612

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

SPIRIT AIRLINES INC

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-60399

v.

TRIBAL FUSION, INC

TO: (Name and address of defendant)
TRIBAL FUSION, INC
2087 KEY BOULEVARD
EL CERRITO, CALIF 94530

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within      days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE

(BY) DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Spirit Airlines, Inc.,

          Plaintiff,

vs.

24/7 Real Media, Inc., Advertising.com, Inc., America Online, Inc. dba AOL, Burst Media Corporation, Carrollton Bank, CheapFlights (USA), Inc., Echo Target, Inc., Hotwire, Inc., Intercept Interactive, Inc., Priceline.com, LLC, Rackspace, Ltd., Shermans Travel, Inc., SideStep, Inc., Smarter Living, Inc., SpecificMedia, Inc., Travel Marketing Group, Inc., TravelZoo, Inc., Tribal Fusion, Inc., TripAdvisor LLC, Valueclick, Inc., and The Weather Channel Interactive, Inc., and all other persons or entities unknown claiming any right, title or interest to the funds described in the Complaint herein,

          Defendants.

Civil Action File No. _____

07-60399

CIV-ALTONAGA

MAGISTRATE JUDGE
TURNOFF

## SUMMONS IN A CIVIL CASE

TO:   Tribal Fusion, Inc.
       c/o Dilip Dasilva, Registered Agent of Tribal Fusion, Inc.
       2087 Key Blvd.
       El Cerrito, CA 94530

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY

Local Counsel for Spirit Airlines, Inc.

          Anthony Carriuolo (FL Bar No. 434541)
          BERGER SINGERMAN
          350 East Las Olas Boulevard, Suite 1000
          Fort Lauderdale, FL 33301
          954-525-9900 (phone)
          954-523-2872 (fax)

          AND

Connie A. Lahn (MN Bar No. 0269219)
Lara O. Glaesman (MN Bar No. 316866)
FAFINSKI MARK & JOHNSON, P.A
Flagship Corporate Center
775 Prairie Center Drive, Suite 400
Eden Prairie, MN 55344
952-995-9500 (phone)
952-995-9577 (fax)

an answer to the complaint which is herewith served upon you, within twenty days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time.

Clerk  *Clarence Maddox*

(By) Deputy Clerk

Date  MAR 21 2007