IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Spirit Airlines, Inc. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | C. A. No. 07-341-SLR |
| | ) | |
| 24/7 Real Media, Inc., et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ENTRY OF APPEARANCE

Please enter the appearance of the firm of Richards, Layton & Finger, P.A. in the above-captioned proceeding as counsel for the defendants Hotwire, Inc. and Trip Advisor LLC.

Date: June 28, 2007
Wilmington, Delaware

/s/ Robert J. Stearn
Robert J. Stearn, Jr. (#2915)
Marcos A. Ramos (#4450)
Lee E. Kaufman (#4877)
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE 19899
(302) 651-7700 (phone)
(302) 651-7701 (fax)
stearn@rlf.com
ramos@rlf.com
kaufman@rlf.com

*Attorneys for Defendants Hotwire, Inc. and Trip Advisor LLC*

RLF1-3172121-1

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of June, 2007 a true copy of the Entry of Appearance was served upon Delaware counsel in the manner indicated:

**VIA HAND DELIVERY:**

Kathleen P. Makowski
Saul Ewing LLP
222 Delaware Avenue, Ste. 1200
Wilmington, DE 19801
*(counsel to Spirit Airlines, Inc.)*

Katharine L. Mayer
McCarter & English, LLP
919 N. Market Street, Suite 1800
P.O. Box 111
Wilmington, DE 19899
*(counsel to Carrollton Bank)*

William D. Sullivan
William D. Sullivan, LLC
4 East 8th St., Suite 400
Wilmington, DE 19801
*(counsel to Priceline.com)*

Erica N. Finnegan
Cross & Simon, LLC
913 North Market Street, 11th Floor
Wilmington, DE 19801
*(counsel to SpecificMedia Inc.)*

Christopher D. Loizides
Loizides & Associates
Legal Arts Building
1225 King Street, Suite 800
Wilmington, DE 19801
*(Counsel to SideStep)*

**VIA FIRST CLASS MAIL:**

Adam R. Elgart
Mattleman, Weinroth & Miller, P.C.
200 Continental Drive, Suite 215
Newark, DE 19713
*(counsel to Weather Channel Interactive Inc.)*

_____
Robert J. Stearn, Jr. (No. 2915)

RLF1-3172316-1