IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPIRIT AIRLINES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 07-341-SLR |
| | ) |
| 24/7 REAL MEDIA, INC., et al., | ) |
| | ) |
| Defendants. | ) |

### ENTRY OF APPEARANCE

Please enter the appearance of Edward M. McNally, Esquire, Fotini A. Skouvakis and the firm of Morris James LLP in the above-captioned proceeding as counsel for the defendant Burst Media Corporation.

MORRIS JAMES LLP

Edward M. McNally (#614)
Fotini A. Skouvakis (#4793)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899-2306
(302) 888-6800
emcnally@morrisjames.com
Attorneys for Defendant
   Burst Media Corporation

OF COUNSEL:

Donnie L. Kidd, Jr., Esquire
SQUIRE, SANDERS & DEMPSEY, L.L.P.
8000 Towers Crescent Drive, 14th Floor
Tysons Corner, VA 22182
(703) 720-7800
DKidd@ssd.com

Dated: June 28, 2007