IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPIRIT AIRLINES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-341-SLR |
| | ) |
| 24/7 REAL MEDIA, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of that a copy of the Entry of Appearance of Edward M. McNally, Fotini A. Skouvakis and the firm of Morris James LLP as counsel for defendant Burst Media Corporation was mailed, by first class mail, to the following counsel:

> Adam R. Elgart, Esquire
> Mattleman, Weinroth & Miller, P.C.
> 200 Continental Drive, Suite 215
> Newark, DE 19713

/s/ Fotini A. Skouvakis
Fotini A. Skouvakis (#4793)
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6800
fskouvakis@morrisjames.com
Attorneys for Defendant
    Burst Media Corporation