IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | |
| ) | Case No. 07-341-SLR |
| Spirit Airlines, Inc. ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| 24/7 Real Media, Inc., *et al*, ) | |
| ) | |
| Defendant ) | |
| ) | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Sanjukta Sen to represent ValueClick, Inc. in this action.

/s/ Amy D. Brown
Amy D. Brown    (#4077)
Werb & Sullivan
300 Delaware Avenue, 13th Floor
Wilmington, DE 19801
Telephone: (302) 652-1100
Facsimile: (302) 652-1111

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this court, am admitted, practicing and in good standing as a member of the Bar of Florida and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with the Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has

Concepción Sexton & Martinez, Attorneys at Law
355 Alhambra Circle Suite 1250 • Coral Gables, Florida 33134 • Tel. 305.444.6669 • Fax. 305.444.3665
www.cfclaw.com

Dockets.Justia.com

been paid to the Clerk of the court for District Court.

_____
Sanjukta Sen (885215)
Concepcion Sexton & Martinez
355 Alhambra Circle, Suite 1250
Coral Gables, Florida 33134

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated:_____        _____
                                United States District Court Judge