## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of July, 2007, I caused a copy of the foregoing document be served on the following counsel at the address listed below and in the manner indicated:

### VIA HAND DELIVERY

Kathleen P. Makowski, Esq.
222 Delaware Ave., Suite 1200
P.O. Box 1266
Wilmington, DE 19801-1611

Robert J. Stearn
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

William D. Sullivan, Esq.
William D. Sullivan, LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801

Katharine L. Mayer
McCarter & English, LLP
919 N. Market Street, Suite 1800
P.O. Box 111
Wilmington, DE 19899

Erica N. Finnegan, Esq.
Cross & Simon, LLC
913 North Market Street, 11th Floor
Wilmington, DE 19801

### VIA FIRST CLASS MAIL

Connie A. Lahn, Esquire
Fafinski Mark & Johnson, P.A.
Flagship Corporate Center
775 Prairie Center Drive, Suite 400
Eden Prairie, MN 55344

Robert J. Parsons, II
Rogers, Moore and Rogers, LLP
Six south Calvert
Baltimore, MD 21202

Adam R. Elgart
Mattleman, Weinroth & Miller, P.C.
200 Continental Drive
Suite 215
Newark, DE 19713

**WERB & SULLIVAN**


By:    /s/ Amy D. Brown
Amy D. Brown    (No. 4077)
Robert D. Wilcox (No. 4321)
Brian A. Sullivan (No. 2098)
300 Delaware Avenue, 13th Floor
P. O. Box 25046
Wilmington,  DE  19899
Telephone:  (302) 652-1100
Facsimile:   (302) 652-1111

Attorneys for ValueClick, Inc.