IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SPIRIT AIRLINES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-341-SLR |
| | ) | |
| 24/7 REAL MEDIA, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION AND ORDER**
**FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Donnie L. Kidd, Jr., Esquire, to represent Defendant Burst Media Corporation in this matter.

Signed: /s/ Fotini Antonia Skouvakis
Fotini Antonia Skouvakis (Bar I.D. No. 4793)
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19899-2306
(302) 888-5202

Date: July 3, 2007                    Attorney for Defendant Burst Media Corporation

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____                    _____
                                     United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Virginia and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 7/1/07       Signed: _____
                   Donnie L. Kidd, Jr., Esquire
                   Squire, Sanders & Dempsey L.L.P.
                   8000 Towers Crescent Drive, 14th Floor
                   Tysons Corner, Virginia 22182

1587614/1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SPIRIT AIRLINES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-341-SLR |
| | ) | |
| 24/7 REAL MEDIA, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of July, 2007, that a copy of the Motion and Order For Admission *Pro Hac Vice* of Donnie L. Kidd, Esquire was mailed, by first class mail, to the following counsel:

> Adam R. Elgart, Esquire
> Mattleman, Weinroth & Miller, P.C.
> 200 Continental Drive, Suite 215
> Newark, DE 19713

Fotini A. Skouvakis (#4793)
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6800
fskouvakis@morrisjames.com
Attorneys for Defendant
    Burst Media Corporation

1587614/1