IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPIRIT AIRLINES, INC., | : |
| Plaintiff, | : |
| v. | : C. A. No. 07-341 |
| 24/7 REAL MEDIA, INC., et al., | : (Transferred from the United |
| | : States District Court for the |
| Defendants | : Southern District of Florida, |
| | : Division, Case # 07-60399-CIV) |

**CERTIFICATE OF SERVICE**

I, Kathleen P. Makowski, Esquire, hereby certify that on this 3rd day of July, 2007, I electronically filed a true and correct copy of the foregoing *Motion for Default Judgment* with the Clerk of Court using CM/ECF which will send notification of such filing. A copy of the document was served on the following attorney(s) of record via First Class U.S. Mail, postage prepaid:

Marcos Alexis Ramos, Esquire
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899

Katharine L. Mayer, Esquire
McCarter & English, LLP
Renaissance Center
405 N. 4th St., 8th Floor
Wilmington, Delaware 19801

William D. Sullivan, Esquire
William D. Sullivan, LLC
4 East 8th Street,. Suite 400
Wilmington, Delaware 19801

Erica N. Finnegan, Esquire
Cross & Simon, LLC
913 North Market Street, 11th Floor
Wilmington, Delaware 19801

Adam R. Elgart, Esquire
Mattleman, Weinroth & Miller, P.C.
200 Continental Drive
Suite 215
Newark, DE 19713

Christopher D. Loizides, Esquire
Loizides & Associates
1225 King Street, Suite 800
Wilmington, Delaware 19801

Robert J. Stearn, Jr., Esquire
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899

Fotini Antonia Skouvakis, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899-2306

Edward M. McNally, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899-2306

Amy Denise Brown
Werb & Sullivan
300 Delaware Avenue, 10th Floor
P.O. Box 25046
Wilmington, Delaware 19899

SAUL EWING, LLP

_/s/ Kathleen P. Makowski_
Kathleen P. Makowski, Esq. (No. 3648)
222 Delaware Ave, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Telephone: 302-421-6800
Facsimile: 302-421-6813
kmakowski@saul.com

Attorneys for Plaintiff Spirit Airlines, Inc.

OF COUNSEL

Connie A. Lahn, Esquire
Fafinski Mark & Johnson, P.A.
Flagship Corporate Center
775 Prairie Center Drive, Suite 400
Eden Prairie, MN 55344