IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPIRIT AIRLINES, INC., : | |
| Plaintiff, : | |
| : | |
| vs. : | CASE NO. 07-341 (SLR) |
| : | |
| 24/7 REAL MEDIA, INC., ADVERTISING.COM, : | |
| INC., AMERICA ONLINE, INC. DBA AOL, : | |
| BURST MEDIA CORPORATION, : | |
| CARROLLTON BANK, CHEAPFLIGHTS : | |
| (USA), INC., ECHO TARGET, INC., HOTWIRE, : | |
| INC., INTERCEPT INTERACTIVE, INC., : | |
| PRICELINE.COM, LLC, RACKSPACE, LTD., : | |
| SHERMANS TRAVEL, INC., SIDESTEP, INC., : | |
| SMARTER LIVING, INC., SPECIFICMEDIA, : | |
| INC., TRAVEL MARKETING GROUP, INC., : | |
| TRAVELZOO, INC., TRIBAL FUSION, INC., : | |
| TRIPADVISOR LLC, VALUECLICK, INC., and : | |
| THE WEATHER CHANNEL INTERACTIVE, : | |
| INC., : | |
| Defendants. : | |

**MOTION FOR DEFAULT JUDGMENT**

NOW COMES Plaintiff, Spirit Airlines, Inc. ("Spirit"), by and through its undersigned attorneys, hereby requests that this Court enter a judgment by default against Defendant Rackspace, Ltd. ("Rackspace") pursuant to Rule 55, Federal Rules of Civil Procedure. In support of its motion, Spirit respectfully submits the following:

1. On March 21, 2007, Spirit filed the Complaint For Interpleader in the United States District Court For The Southern District of Florida, C.A. No. 07-60399 seeking judgment against the above named Defendants, including Rackspace ("Complaint").

2. This matter was transferred to this Court pursuant to the Ordering Transferring Case dated May 21, 2007. The Record of the Case was docketed in this Court on May 29, 2007

[Docket Item #56]. The Complaint was also docketed in this case on May 29, 2007 [Docket Item #56].

3. On April 3, 2007, service of the Complaint was effectuated upon Rackspace's registered agent, Capital Corporation Services, Inc.

4. A copy of the summons and the return of service of process was filed with this Court on April 30, 2007 [Docket Item #36].

5. More than 30 days have elapsed since Rackspace was required to file a responsive pleading.

6. As of the date of this Motion, Rackspace has failed to file an Answer or otherwise plead to the Complaint.

WHEREFORE, Spirit respectfully requests that the Court enter an order as follows:

(1) Granting judgment against Rackspace and declaring that Rackspace has no claim, right, title or interest in or to the interpleaded funds.

(2) Discharging Spirit from any liability to Rackspace with respect to the interpleaded funds.

(3) Restraining Rackspace from instituting or prosecuting, in any other state or federal court, any proceeding against Spirit with respect to the interpleaded funds.

Dated: July 3, 2007

By: *[signature]*

SAUL EWING, LLP

Kathleen P. Makowski, Esq. (No. 3648)
222 Delaware Ave, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Telephone: 302-421-6800
Facsimile: 302-421-6813
kmakowski@saul.com

and

FAFINSKI MARK & JOHNSON, P.A

Connie A. Lahn (MN Bar No. 02692219)
400 Flagship Corporate Center
775 Prairie Center Drive
Eden Prairie, Minnesota 55344
Telephone: 952-995-9500
Facsimile: 952-995-9577

Attorneys for Spirit Airlines. Inc.