IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPIRIT AIRLINES, INC., : <br> : <br> Plaintiff, : <br> : <br> vs. : <br> : <br> 24/7 REAL MEDIA, INC., : <br> ADVERTISING.COM, INC., AMERICA : <br> ONLINE, INC. DBA AOL, BURST MEDIA : <br> CORPORATION, CARROLLTON BANK, : <br> CHEAPFLIGHTS (USA), INC., ECHO TARGET, : <br> INC., HOTWIRE, INC., INTERCEPT : <br> INTERACTIVE, INC., PRICELINE.COM, LLC, : <br> RACKSPACE, LTD., SHERMANS TRAVEL, : <br> INC., SIDESTEP, INC., SMARTER LIVING, : <br> INC., SPECIFICMEDIA, INC., TRAVEL : <br> MARKETING GROUP, INC., TRAVELZOO, : <br> INC., TRIBAL FUSION, INC., TRIPADVISOR : <br> LLC, VALUECLICK, INC., and THE WEATHER : <br> CHANNEL INTERACTIVE, INC., : <br> : <br> Defendants. | CASE NO. 07-341 (SLR) |

**ORDER**

AND NOW, this _____ day of _____, 2007, Plaintiff, Spirit Airlines, Inc., having filed a Motion for Entry of Default Judgment as to Defendant, Trible Fusion, Inc., and the Court having considered Plaintiff's motion, **IT IS HEREBY ORDERED THAT**:

Plaintiff's Motion for Entry of Default Judgment against Defendant, Tribal Fusion, Inc., is GRANTED.

_____
The Honorable Susan L. Robinson

549670.1 7/3/07