## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

SPIRIT AIRLINES, INC.,                                   :
                                                        :
          Plaintiff,                                    :
                                                        :
vs.                                                     :     CASE NO. 07-341 (SLR)
                                                        :
24/7 REAL MEDIA, INC.,                                  :
ADVERTISING.COM, INC., AMERICA                          :
ONLINE, INC. DBA AOL, BURST MEDIA                       :
CORPORATION, CARROLLTON BANK,                           :
CHEAPFLIGHTS (USA), INC., ECHO TARGET,                  :
INC., HOTWIRE, INC., INTERCEPT                          :
INTERACTIVE, INC., PRICELINE.COM, LLC,                  :
RACKSPACE, LTD., SHERMANS TRAVEL,                       :
INC., SIDESTEP, INC., SMARTER LIVING,                   :
INC., SPECIFICMEDIA, INC., TRAVEL                       :
MARKETING GROUP, INC., TRAVELZOO,                       :
INC., TRIBAL FUSION, INC., TRIPADVISOR                  :
LLC, VALUECLICK, INC., and THE WEATHER                  :
CHANNEL INTERACTIVE, INC.,                              :

          Defendants.

## **ORDER**

          AND NOW, this _____ day of _____, 2007, Plaintiff, Spirit Airlines,

Inc., having filed a Motion for Entry of Default Judgment as to Defendant, Intercept Interactive,

Inc., and the Court having considered Plaintiff's motion, **IT IS HEREBY ORDERED THAT**:

          Plaintiff's Motion for Entry of Default Judgment against Defendant, Intercept Interactive,

Inc., is GRANTED.


_____
The Honorable Susan L. Robinson

549674.1 7/3/07