# EXHIBIT A

### Makowski, Kathleen P.

**From:** Jeff Scott [jeffrey.scott@fmjlaw.com]
**Sent:** Wednesday, July 11, 2007 3:25 PM
**To:** Makowski, Kathleen P.
**Subject:** Exhibit A to the Mtn for Default against 24/7

---

**From:** Andrew P. Karamouzis [mailto:AKaramouzis@mka-law.com]
**Sent:** Wednesday, June 13, 2007 11:20 AM
**To:** Jeff Scott
**Subject:** Spirit Airlines Inc. v. 24/7 Media, et al. - Civ. No. 07-341 (D. Delaware)

Jeff-

   Thanks for talking the time to speak with me. As per our telephone conversation, this e-mail will confirm that we represent 24/7 Real Media, Inc. in the above-captioned action, which was recently transferred to federal district court in Delaware. As I mentioned, we respectfully request an extension of time through and including July 6, 2007 to answer, move or otherwise respond to Plaintiff's Complaint. I hope that will not be a problem. Please e-mail or call me at your convenience and advise. My contact information is listed below. Thank you for your anticipated courtesy.

Andrew P. Karamouzis, Esq.
Moran • Karamouzis LLP
265 Sunrise Highway
Suite 61
Rockville Centre, New York 11570
516.678.6660 (x603)
516.678-6661 (Facsimile)
www.mka-law.com

This e-mail may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.