IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPIRIT AIRLINES INC., ) | |
| ) | C.A. No. 07CV341 (SLR) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| 24/7 REAL MEDIA INC., et. al., ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE OF INITIAL DISCLOSURES PURSUANT TO
RULE 26(a) OF DEFENDANT THE SHEFFER CORPORATION**

I, Katharine L. Mayer, Esquire hereby certify that a true and correct copy of the Initial Disclosures Pursuant to Rule 26(A) of Defendant Carrollton Bank, was served upon the persons listed on the attached, in the manner indicated, on this 13th day of July, 2007.

                                McCARTER & ENGLISH, LLP

By:     _____
        Katharine L. Mayer, Esquire (DE Bar Id. No. 3758)
        Renaissance Centre
        405 N. King Street, 8th Floor
        Wilmington, Delaware 19801
        (302) 984-6300
        (302) 984-6399 Facsimile
        kmayer@mccarter.com

        *Attorneys for Carrollton Bank*

Dated: July 13, 2007

ME1 6527977v.1

**VIA FIRST CLASS MAIL**

Kathleen P. Makowski, Esquire
Saul Ewing LLP
222 Delaware Avenue #1200
P.O. Box 1266
Wilmington, DE 19899

William D. Sullivan, Esquire
William D. Sullivan, LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801

Adam R. Elgart, Esquire
Mattleman, Weinroth & Miller, P.C.
200 Continental Drive, Suite 215
Newark, DE 19713

Christopher D. Loizides, Esquire
Loizides, P.A.
1225 North King Street, Suite 800
Wilmington, DE 19801

Donald L. Kidd, Jr., Esquire
Squire, Sanders & Dempsey, L.L.P.
8000 Towers Crescent Drive, 14th Floor
Tysons Corner, VA 22182

Francis X. Sexton, Esquire
Sanjukta Sen, Esquire
Concepcion Sexton & Martinez
355 Alhambra Circle, Suite 1250
Coral Gables, FL 33134

Robert J. Stearn, Jr., Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Erica N. Finnegan, Esquire
Cross & Simon, LLC
913 North Market Street, 11th Floor
Wilmington, DE 19801

Connie A. Lahn, Esquire
Fafinski, Mark & Johnson, P.A.
Flagship Corporate Center
775 Prairie Center Drive, Suite 400
Eden Prairie, MN 55344

Edward M. McNally, Esquire
Fotini A. Skouvakis, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

Amy D. Brown, Esquire
Werb & Sullivan
300 Delaware Avenue, 13th Floor
Wilmington, DE 19801

Robert J. Parsons, Esquire
Rogers, Moore & Rogers, LLP
Six South Calvert
Baltimore, MD 21202