IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| SPIRIT AIRLINES, INC., ) | |
| ) | |
|    Plaintiff ) | |
| ) | |
| v. ) | Case No. 07-cv-341-SLR |
| ) | |
| 24/7 REAL MEDIA, INC., ) | |
| ADVERTISING.COM, INC., AMERICA ) | |
| ONLINE, INC., d/b/a AOL, BURST ) | |
| MEDIA CORPORATION, CARROLTON ) | |
| BANK, CHEAPFLIGHTS (USA), INC., ) | |
| ECHO TARGET, INC., HOTWIRE, INC., ) | |
| INTERCEPT INTERACTIVE, INC., ) | |
| PRICELINE.COM, LLC, RACKSPACE, ) | |
| LTD., SHERMANS TRAVEL, INC., ) | |
| SIDESTEP, INC., SMARTER LIVING, ) | |
| INC., et al. ) | |
| ) | |
|    Defendants ) | |

## NOTICE OF DISMISSAL OF COUNTERCLAIM

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Defendant-Counterclaim Plaintiff priceline.com, Incorporated hereby provides notice of its dismissal of its counterclaim against Plaintiff Spirit Airlines, Inc., without prejudice and with the parties to pay their own costs.

-2-

Dated: June 22, 2007
      Wilmington, DE

WILLIAM D. SULLIVAN, LLC

/s/ William D. Sullivan
_____
William D. Sullivan (No. 2820)
Elihu E. Allinson, III (No. 3476)
4 East 8th Street, Suite 400
Wilmington, Delaware 19801
Tel (302) 428-8191
Fax (302) 428-8195

and

Joseph L. Clasen, Esq.
Christopher J. Major, Esq.
Robinson & Cole LLP
695 East Main Street
Stamford, Connecticut 06904
Tel (203) 462-7500
Fax (203) 462-7599

*Attorneys for Priceline.com Incorporated*