## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2007, I have served the foregoing *Notice of Dismissal of Counterclaim* via U.S. Mail, postage prepaid, on the following:

Kathleen P. Makowski
Saul Ewing LLP
222 Delaware Ave #1200
P.O. Box 1266
Wilmington, DE 19899

Katharine L. Mayer
McCarter & English, LLP
919 N. Market Street, Suite 1800
P.O. Box 111
Wilmington, DE 19899

Adam R. Elgart
Mattleman, Weinroth & Miller, P.C.
200 Continental Drive, Suite 215
Newark, DE 19713

Robert J. Stearn, Jr.
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Fotini Antonia Skouvakis
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

Francis Sexton
Sanjukta Sen
Concepcion, Sexton & Martinez
355 Alhambra Circle, Suite 1250
Coral Gables, FL 33134

Marcos Alexis Ramos
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Erica N. Finnegan
Cross & Simon, LLC
913 N. Market Street, 11th Floor
Wilmington, DE 19801

Christopher D. Loizides
Loizides & Associates
1225 King Street, Suite 800
Wilmington, DE 19801

Edward M. McNally
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

Amy Denise Brown
Werb & Sullivan
300 Delaware Avenue, 10th Floor
P.O. Box 25046
Wilmington, DE 19899

Peter Wucetich
Stradling, Yocca, Carlson & Rauth
Orange County Office
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660

*July 16, 2007*
Date

/s/*William D. Sullivan*
William D. Sullivan