

SAUL
EWING
Attorneys at Law
A Delaware LLP

Kathleen P. Makowski
Phone: (302) 421-6898
Fax: (302) 421-5864
kmakowski@saul.com
www.saul.com

July 18, 2007

**By Hand Delivery**

The Honorable Sue L. Robinson
United States District Court
 For the District of Delaware
844 North King Street, Room 4209
Wilmington, DE 19801

        RE:    **Spirit Airlines, Inc. v. 24/7 Real Media, Inc., et al.
              U.S.D.C., D. Del.; Civ. No. 07-341 (SLR)**

Judge Robinson:

      Pursuant to paragraph 3 of the Order For Scheduling Conference (the "Scheduling Conference Order") issued by your Honor dated June 20, 2007, enclosed is a proposed form of scheduling order in this matter (the "Draft Order"). Pursuant to paragraph 1 of the Scheduling Conference Order, the parties are prepared to discuss the Draft Order with your Honor via teleconference scheduled for tomorrow, Thursday, July 19, 2007 at 8:30 a.m. This office shall contact chambers once all parties are on the line.

      I am available at the Court's convenience for any questions.

                                         Respectfully,

                                         Kathleen P. Makowski

KPM/
Enclosure
cc: all counsel (w/encl) (via e-mail)

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611
BALTIMORE   CHESTERBROOK   HARRISBURG   NEWARK   PHILADELPHIA   PRINCETON   WASHINGTON   WILMINGTON
A DELAWARE LIMITED LIABILITY PARTNERSHIP
550099.1 7/18/07