IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPIRIT AIRLINES, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 07-341-SLR |
| 24/7 REAL MEDIA, INC., et al., | ) ) ) |
| Defendants. | ) |

**DEFAULT IN APPEARANCE**

AN ENTRY OF DEFAULT IN APPEARANCE is entered against the following defendants pursuant to Federal Rule of Civil Procedure 55(a) as defendants have failed to answer or otherwise respond to the complaint:

    TravelZoo Inc. (See D.I. 105 and also D.I. 34, 0:07-cv-60399-CMA)

    Travel Marketing Group, Inc. (See D.I. 106 and also D.I. 33, 0:07-cv-60399-CMA)

    Rackspace Ltd. (See D.I. 107 and also D.I. 36, 0:07-cv-60399-CMA)

    Tribal Fusion, Inc. (See D.I. 96, 108)

    Intercept Interactive, Inc. (See D.I. 109 and also D.I. 18, 0:07-cv-60399-CMA)

    CheapFlights (USA), Inc. (See D.I. 110 and also D.I. 25, 0:07-cv-60399-CMA)

    24/7 Real Media, Inc. (See D.I. 113 and also D.I. 37, 0:07-cv-60399-CMA).

Dated: July 24, 2007

                                                                                       (By) Deputy Clerk