

**SAUL EWING**
Attorneys at Law
A Delaware LLP

Kathleen P. Makowski
Phone: (302) 421-6898
Fax: (302) 421-5864
kmakowski@saul.com
www.saul.com

July 25, 2007

Clerk, United States District Court
 For the District of Delaware
844 North King Street, Room 4209
Wilmington, DE 19801

                RE:    Spirit Airlines, Inc. v. 24/7 Real Media, Inc., et al.
                      U.S.D.C., D. Del., C.A. No. 07-341 (SLR)

Dear Sir/Madam:

    See attached letter from co-counsel, Jeffrey Scott, regarding a correction to Exhibit M to the complaint filed by Spirit Airlines in the above-referenced case.

    I am available at the Court's convenience for any questions.

                                      Respectfully Submitted,

                                      Kathleen P. Makowski

KPM/cm
Enclosure

cc:    Counsel of Record (via e-mail)

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611
BALTIMORE   CHESTERBROOK   HARRISBURG   NEWARK   PHILADELPHIA   PRINCETON   WASHINGTON   WILMINGTON
A DELAWARE LIMITED LIABILITY PARTNERSHIP
550288.1 7/25/07