

Fafinski Mark & Johnson, P.A.
Attorneys At Law
Flagship Corporate Center
775 Prairie Center Drive, Suite 400, Eden Prairie, MN 55344
Telephone: 952.995.9500  Facsimile: 952.995.9577  Website: www.fmjlaw.com

July 17, 2007

Clerk of Court
United States District Court
District of Delware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3519

Re: **Spirit Airlines v. 24/7 Real Media, Inc., et al.**
**Case No. 07-CV-341 (SLR)**

Dear Sir or Madam:

We have discovered that Exhibit M to the complaint filed by Spirit Airlines in the above-entitled action is inadvertently missing some numbers. Exhibit M is an Excel spreadsheet and apparently some of the cells in the spreadsheet were not large enough to properly show the numbers; and as a result, the numbers appear as X's as opposed to numbers.

We have corrected Exhibit M. Enclosed please find a corrected Exhibit M showing all the numbers listed on the spreadsheet. The corrected Exhibit M is being provided to all answering defendants.

Please call me if you have any questions.

Sincerely,

Jeffrey A. Scott

JAS:mar

Enclosure



Fafinski Mark & Johnson, P.A.
Attorneys At Law
Flagship Corporate Center
775 Prairie Center Drive, Suite 400, Eden Prairie, MN 55344
Telephone: 952.995.9500  Facsimile: 952.995.9577  Website: www.fmjlaw.com

July 17, 2007

Parties on the Attached Distribution List

Re:   Spirit Airlines v. 24/7 Real Media, Inc., et al.
      Exhibit M to the Complaint

Dear All:

As was discussed at the scheduling conference on July 12, 2007, Exhibit M to the complaint filed by Spirit Airlines is inadvertently missing some numbers. Exhibit M is an Excel spreadsheet and apparently some of the cells in the spreadsheet were not large enough to properly show the numbers.

Enclosed please find a corrected Exhibit M showing all the numbers listed on the spreadsheet. This corrected Exhibit M is also being filed with the court.

Please call me if you have any questions.

Sincerely,

Jeffrey A. Scott

JAS:mar

Enclosure

Distribution List

Spirit Airlines v. 24/7 Real Media, Inc., et al.
Case No. 07-CV-341 (SLR)

Corrected Exhibit M

| | |
|---|---|
| Robert J. Stearn, Jr., Esq,<br>Richards, Layton & Finger, P.A.<br>920 N. King Street<br>Wilmington, DE 19801<br><br>**Counsel Advertising.com, Inc.** | Donnie L. Kidd, Jr., Esq.<br>Squire, Sanders & Dempsey, L.L.P.<br>8000 Towers Crescent Drive, 14th Floor<br>Tysons Corner, Virgina 22182<br><br>**Counsel for Burst Media Corporation** |
| Robert J. Parsons, II, Esq.<br>Rogers, Moore & Rogers, LLP<br>6 S. Calvert Street<br>Baltimore, MD 21202<br><br>**Counsel for Carrollton Bank** | Robert J. Parsons, II<br>Rogers, Moore & Rogers, LLP<br>6 S. Calvert Street<br>Baltimore, MD 21202<br><br>**Delaware Counsel for Priceline.com, LLC** |
| Joseph L. Clasen<br>Robinson & Cole LLP<br>885 Third Avenue, 27th Floor<br>New York, NY 10022<br><br>**Counsel for Priceline.com, LLC** | Christopher Lizides, Esq.<br>Loizides, P.A.<br>1225 King Street, Suite 800<br>Wilmington, DE 19801<br><br>**Counsel for SideStep, Inc.** |
| Steven J. Lachterman, Esq.<br>Steven J. Lachterman, P.A.<br>848 Brickell Avenue, Suite 750<br>Miami, FL 33131<br><br>**Counsel for Smarter Living, Inc.** | Peter L. Wucetich, Esq.<br>Stradling Yocca Carlson & Rauth<br>660 Newport Center Drive, Suite 1600<br>Newport Beach, CA 92660<br><br>**Counsel for SpecificMedia, Inc.** |
| Adam R. Elgart, Esq.<br>Mattleman, Weinroth & Miller<br>200 Continental Drive, Suite 215<br>New Castle, DE 19713<br><br>**Counsel for The Weather Channel Interactive, Inc.** | Sanjukta Seu, Esq.<br>Concepción Sexton & Martinez<br>355 Alhambra Circle, Suite 1250<br>Coral Gables, FL 33134<br><br>**Counsel for Valueclick, Inc.** |

286565-1