# February 28 Reconcilation

| Amount | Invoice | Invoice Date | True Value | Notes |
|---|---|---|---|---|
| $710.00 | 81648020884 | 10/19/2006 | $710.00 | |
| $26,400.00 | 81648220849 | 10/13/2006 | $26,400.00 | |
| $1,360.00 | 81648320805 | 10/3/2006 | $1,360.00 | |
| $14,025.00 | 81648420802 | 10/3/2006 | $14,025.00 | |
| $279,958.00 | 81648720803 | 10/3/2006 | $279,958.00 | |
| $12,452.41 | 81969720987 | 11/1/2006 | $12,452.41 | |
| ($10,583.50) | 81969821015 | 11/1/2006 | ($10,583.50) | |
| $4,560.38 | 81969920988 | 11/1/2006 | $4,560.38 | |
| $710.00 | 81970020975 | 10/31/2006 | $710.00 | |
| $16,678.77 | 81970120990 | 11/1/2006 | $16,678.77 | |
| ($12,887.92) | 81970221013 | 11/7/2006 | ($12,887.92) | |
| ($5,355.26) | 81970321014 | 11/7/2006 | ($5,355.26) | |
| $279,217.88 | 81981620970 | 10/30/2006 | $120,994.41 | Payment through Nov 13 based on Eisner dissolving (invoice amounts outstanding beyond that date paid by Siquis) |
| $26,400.00 | 81981720971 | 10/30/2006 | $8,800.00 | Payment through Nov 10 based on Eisner dissolving (no services were rendered beyond this date) |
| $363.97 | 81981820992 | 11/1/2006 | $363.97 | |
| | | | $458,186.26 | |

EXHIBIT M

Dockets.Justia.com

| | | | | | | |
|---|---|---|---|---|---|---|
| EISNER COMMUNICATIONS | 11/2/2005 | 245485 | 17376-0 | 9/26/2005 | $5,040.00 | CK | VO |
| EISNER COMMUNICATIONS | 1/3/2006 | 249632 | 18076-0 | 11/29/2005 | $4,800.00 | CK | VO |
| EISNER COMMUNICATIONS | 1/3/2006 | 249632 | 18075-0 | 11/29/2005 | $4,800.00 | CK | VO |
| EISNER COMMUNICATIONS | 1/3/2006 | 249632 | 18151-0 | 12/6/2005 | $50,000.00 | CK | VO |
| EISNER COMMUNICATIONS | 1/3/2006 | 249632 | 18251-0 | 12/13/2005 | $9,983.00 | CK | VO |
| EISNER COMMUNICATIONS | 1/3/2006 | 249632 | 18262-0 | 12/13/2005 | $25,000.00 | CK | VO |
| EISNER COMMUNICATIONS | 1/3/2006 | 249632 | 18340-0 | 12/22/2005 | $14,061.92 | CK | VO |
| EISNER COMMUNICATIONS | 1/12/2006 | 250521 | 17929-0 | 11/15/2005 | $124,000.00 | CK | VO |
| EISNER COMMUNICATIONS | 1/12/2006 | 250521 | 17980-0 | 11/16/2005 | $760.00 | CK | VO |
| EISNER COMMUNICATIONS | 1/12/2006 | 250521 | 18052-0 | 11/28/2005 | $26,400.00 | CK | VO |
| EISNER COMMUNICATIONS | 1/12/2006 | 250521 | 18059-0 | 11/28/2005 | $2,640.00 | CK | VO |
| EISNER COMMUNICATIONS | 1/12/2006 | 250521 | 18110-0 | 11/30/2005 | $37,638.00 | CK | VO |
| EISNER COMMUNICATIONS | 1/19/2006 | 250960 | 18334-0 | 12/22/2005 | $148,595.00 | CK | VO |
| EISNER COMMUNICATIONS | 1/26/2006 | 251845 | 18530-0 | 1/6/2006 | $50,000.00 | CK | VO |
| EISNER COMMUNICATIONS | 1/26/2006 | 251845 | 18528-0 | 1/6/2006 | $49,081.00 | CK | VO |
| EISNER COMMUNICATIONS | 1/26/2006 | 251845 | 18512-0 | 1/6/2006 | $460.00 | CK | VO |
| EISNER COMMUNICATIONS | 1/26/2006 | 251845 | 18506-0 | 1/6/2006 | $460.00 | CK | VO |
| EISNER COMMUNICATIONS | 2/2/2006 | 252692 | 18418-0 | 1/3/2006 | $12,079.00 | CK | VO |
| EISNER COMMUNICATIONS | 2/9/2006 | 252916 | 18417-0 | 1/3/2006 | $4,080.00 | CK | VO |
| EISNER COMMUNICATIONS | 2/9/2006 | 252916 | 18527-00 | 1/6/2006 | $31,186.00 | CK | VO |
| EISNER COMMUNICATIONS | 2/16/2006 | 253558 | 18740-0 | 1/12/2006 | $19,500.00 | CK | VO |
| EISNER COMMUNICATIONS | 2/23/2006 | 254393 | 18903-0 | 2/1/2006 | $4,800.00 | CK | VO |
| EISNER COMMUNICATIONS | 2/23/2006 | 254393 | 18789-0 | 1/23/2006 | $388.97 | CK | VO |
| EISNER COMMUNICATIONS | 2/23/2006 | 254393 | 18790-0 | 1/23/2006 | $89.99 | CK | VO |
| EISNER COMMUNICATIONS | 2/23/2006 | 254393 | 18928-0 | 2/3/2006 | $89.99 | CK | VO |
| EISNER COMMUNICATIONS | 2/23/2006 | 254393 | 18929-0 | 2/3/2006 | $229.00 | CK | VO |
| EISNER COMMUNICATIONS | 2/23/2006 | 254393 | 18930-0 | 2/3/2006 | $134.99 | CK | VO |
| EISNER COMMUNICATIONS | 3/9/2006 | 255213 | 18855-0 | 1/25/2006 | $214,174.00 | CK | VO |
| EISNER COMMUNICATIONS | 3/9/2006 | 255213 | 18851-0 | 1/25/2006 | $26,400.00 | CK | VO |
| EISNER COMMUNICATIONS | 3/9/2006 | 255213 | 18819-0 | 1/24/2006 | $74,426.00 | CK | VO |
| EISNER COMMUNICATIONS | 3/9/2006 | 255213 | 18737-0 | 1/11/2006 | $1,042.10 | CK | VO |
| EISNER COMMUNICATIONS | 3/16/2006 | 256098 | 19034-0 | 2/9/2006 | $460.00 | CK | VO |
| EISNER COMMUNICATIONS | 3/16/2006 | 256098 | 18927-0 | 2/3/2006 | $25,500.00 | CK | VO |
| EISNER COMMUNICATIONS | 3/16/2006 | 256098 | 18896-0 | 1/31/2006 | $26,400.00 | CK | VO |
| EISNER COMMUNICATIONS | 3/16/2006 | 256098 | 19033-0 | 2/9/2006 | $324.96 | CK | VO |
| EISNER COMMUNICATIONS | 3/23/2006 | 256693 | 19032-0 | 2/9/2006 | $99,521.00 | CK | VO |
| EISNER COMMUNICATIONS | 4/6/2006 | 257898 | 19361-0 | 3/15/2006 | $1,344.74 | CK | VO |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| EISNER COMMUNICATIONS | 4/6/2006 | 257898 | 19360-0 | $146.35 | 3/15/2006 | CK | VO |
| EISNER COMMUNICATIONS | 4/6/2006 | 257898 | 19333-0 | $710.00 | 3/14/2006 | CK | VO |
| EISNER COMMUNICATIONS | 4/6/2006 | 257898 | 19332-0 | $250.00 | 3/14/2006 | CK | VO |
| EISNER COMMUNICATIONS | 4/13/2006 | 253484 | 19365-0 | $39,578.00 | 3/15/2006 | CK | VO |
| EISNER COMMUNICATIONS | 4/13/2006 | 253484 | 19367-0 | $120,412.00 | 3/15/2006 | CK | VO |
| EISNER COMMUNICATIONS | 4/13/2006 | 253484 | 19366-0 | $32,367.00 | 3/15/2006 | CK | VO |
| EISNER COMMUNICATIONS | 4/20/2006 | 259193 | 19401-0 | $250.00 | 3/23/2006 | CK | VO |
| EISNER COMMUNICATIONS | 4/20/2006 | 259193 | 19389-0 | $8,600.00 | 3/23/2006 | CK | VO |
| EISNER COMMUNICATIONS | 4/20/2006 | 259193 | 19400-0 | $25,000.00 | 3/23/2006 | CK | VO |
| EISNER COMMUNICATIONS | 4/27/2006 | 259665 | 19094-0 | $89.99 | 2/16/2006 | CK | VO |
| EISNER COMMUNICATIONS | 4/27/2006 | 259665 | 19165 | $106,689.00 | 2/23/2006 | CK | VO |
| EISNER COMMUNICATIONS | 4/27/2006 | 259665 | 19166 | $224.98 | 2/23/2006 | CK | VO |
| EISNER COMMUNICATIONS | 4/27/2006 | 259665 | 19188-0 | $119,607.00 | 2/27/2006 | CK | VO |
| EISNER COMMUNICATIONS | 4/27/2006 | 259665 | 19188-0 | $26,400.00 | 2/27/2006 | CK | VO |
| EISNER COMMUNICATIONS | 4/27/2006 | 259665 | 19364-0 | ($1,500.00) | 3/15/2006 | CK | AD |
| EISNER COMMUNICATIONS | 4/27/2006 | 259665 | 19363-0 | ($5,366.69) | 3/15/2006 | CK | AD |
| EISNER COMMUNICATIONS | 4/27/2006 | 259665 | 19362-0 | ($15,260.60) | 3/15/2006 | CK | AD |
| EISNER COMMUNICATIONS | 5/3/2006 | 259792 | 19331-0 | ($31,777.82) | 4/17/2006 | CK | VO |
| EISNER COMMUNICATIONS | 5/3/2006 | 259792 | 19555 | $710.00 | 4/17/2006 | CK | VO |
| EISNER COMMUNICATIONS | 5/3/2006 | 259792 | 19556 | $159.00 | 4/17/2006 | CK | VO |
| EISNER COMMUNICATIONS | 5/3/2006 | 259792 | 19465 | $153,723.00 | 3/31/2006 | CK | VO |
| EISNER COMMUNICATIONS | 5/3/2006 | 259792 | 19464 | $26,100.00 | 3/31/2006 | CK | VO |
| EISNER COMMUNICATIONS | 5/3/2006 | 259792 | 19460 | $155,758.00 | 3/29/2006 | CK | VO |
| EISNER COMMUNICATIONS | 5/18/2006 | 261415 | 19518 | $166,632.00 | 4/12/2006 | CK | VO |
| EISNER COMMUNICATIONS | 5/18/2006 | 261415 | 19704 | $159.99 | 5/3/2006 | CK | VO |
| EISNER COMMUNICATIONS | 5/18/2006 | 261415 | 19703 | $135,987.00 | 5/3/2006 | CK | VO |
| EISNER COMMUNICATIONS | 5/18/2006 | 261415 | 19702 | $270,692.00 | 5/3/2006 | CK | VO |
| EISNER COMMUNICATIONS | 5/18/2006 | 261415 | 19701 | $26,400.00 | 5/3/2006 | CK | VO |
| EISNER COMMUNICATIONS | 6/15/2006 | 261415 | 19471 | $26,400.00 | 4/4/2006 | CK | VO |
| EISNER COMMUNICATIONS | 6/15/2006 | 665367 | 19894 | $243,166.00 | 6/1/2006 | CK | VO |
| EISNER COMMUNICATIONS | 6/15/2006 | 665367 | 19896 | $123,170.00 | 6/1/2006 | CK | VO |
| EISNER COMMUNICATIONS | 6/15/2006 | 665367 | 19897 | $134.99 | 6/1/2006 | CK | VO |
| EISNER COMMUNICATIONS | 6/15/2006 | 665367 | 19853 | $159.00 | 5/26/2006 | CK | Vo |
| EISNER COMMUNICATIONS | 6/15/2006 | 665367 | 19852 | $129.00 | 5/26/2006 | CK | VO |
| EISNER COMMUNICATIONS | 6/15/2006 | 665367 | 19898 | $26,400.00 | 6/1/2006 | CK | VO |
| EISNER COMMUNICATIONS | 7/13/2006 | 667723 | 20127 | $710.00 | 6/28/2006 | CK | VO |
| EISNER COMMUNICATIONS | 7/13/2006 | 667723 | 20126 | $710.00 | 6/28/2006 | CK | VO |

| Vendor | Date | Number | Number | Date | Amount | | |
|---|---|---|---|---|---|---|---|
| EISNER COMMUNICATIONS | 7/13/2006 | 667723 | 20125 | 6/28/2006 | $710.00 | CK | VO |
| EISNER COMMUNICATIONS | 7/13/2006 | 667723 | 20124 | 6/28/2006 | $26,400.00 | CK | VO |
| EISNER COMMUNICATIONS | 7/13/2006 | 667723 | 20123 | 6/28/2006 | $235,122.00 | CK | VO |
| EISNER COMMUNICATIONS | 7/13/2006 | 667723 | 20121 | 6/28/2006 | $946.97 | CK | VO |
| EISNER COMMUNICATIONS | 7/13/2006 | 667723 | 20120 | 6/28/2006 | $1,266.93 | CK | VO |
| EISNER COMMUNICATIONS | 7/13/2006 | 667723 | 20119 | 6/28/2006 | $124.99 | CK | VO |
| EISNER COMMUNICATIONS | 7/13/2006 | 667723 | 20118 | 6/28/2006 | $124.99 | CK | VO |
| EISNER COMMUNICATIONS | 7/27/2006 | 668455 | 20257 | 7/7/2006 | $140.00 | CK | VO |
| EISNER COMMUNICATIONS | 7/27/2006 | 668455 | 20255 | 7/7/2006 | $40.00 | CK | VO |
| EISNER COMMUNICATIONS | 8/10/2006 | 670052 | 20326 | 7/26/2006 | $337,250.00 | CK | VO |
| EISNER COMMUNICATIONS | 8/10/2006 | 670052 | 20324 | 7/26/2006 | $134.99 | CK | VO |
| EISNER COMMUNICATIONS | 10/13/2006 | 670052 | 20325 | 7/26/2006 | $1.65 | CK | VO |
| EISNER COMMUNICATIONS | 10/13/2006 | 673191 | 20422 | 8/10/2006 | $65.24 | CK | VO |
| EISNER COMMUNICATIONS | 10/13/2006 | 673191 | 20423 | 8/10/2006 | $1,054.97 | CK | VO |
| EISNER COMMUNICATIONS | 10/23/2006 | 673191 | 20424 | 8/10/2006 | $79.99 | CK | VO |
| EISNER COMMUNICATIONS | 10/23/2006 | 673577 | 20491 | 8/18/2006 | $422.00 | CK | AD |
| EISNER COMMUNICATIONS | 10/23/2006 | 673577 | 20489 | 8/18/2006 | ($3,401.74) | CK | AD |
| EISNER COMMUNICATIONS | 10/23/2006 | 673577 | 20487 | 8/18/2006 | ($6,083.82) | CK | AD |
| EISNER COMMUNICATIONS | 10/23/2006 | 673577 | 20524 | 8/25/2006 | $223,938.00 | CK | VO |
| EISNER COMMUNICATIONS | 10/23/2006 | 673577 | 20582 | 8/31/2006 | $234.97 | CK | VO |
| EISNER COMMUNICATIONS | 10/23/2006 | 673577 | 20608 | 9/8/2006 | $26,400.00 | CK | VO |
| EISNER COMMUNICATIONS | 10/23/2006 | 673577 | 20610 | 9/8/2006 | $710.00 | CK | VO |
| EISNER COMMUNICATIONS | 10/23/2006 | 673577 | 20425 | 8/10/2006 | ($9,769.19) | CK | AD |
| EISNER COMMUNICATIONS | 10/23/2006 | 673577 | 20429 | 8/10/2006 | ($1,922.24) | CK | AD |
| EISNER COMMUNICATIONS | 10/23/2006 | 673577 | 20432 | 8/10/2006 | ($15,375.37) | CK | AD |
| EISNER COMMUNICATIONS | 10/23/2006 | 673577 | 20498 | 8/21/2006 | ($1,759.31) | CK | AD |
| EISNER COMMUNICATIONS | 10/23/2006 | 673577 | 20495 | 8/18/2006 | ($15,702.00) | CK | AD |
| EISNER COMMUNICATIONS | 10/23/2006 | 673577 | 20493 | 8/18/2006 | ($1,596.00) | CK | AD |

GRAND TOTAL PAID     $3,679,539.27