

SAUL
EWING
Attorneys at Law
A Delaware LLP

Kathleen P. Makowski
Phone: (302) 421-6898
Fax: (302) 421-5864
kmakowski@saul.com
www.saul.com

July 25, 2007

The Honorable Sue L. Robinson
United States District Court
 For the District of Delaware
844 North King Street, Room 4209
Wilmington, DE 19801

      RE: **Spirit Airlines, Inc. v. 24/7 Real Media, Inc., et al.**
        **U.S.D.C., D. Del.; Civ. No. 07-341 (SLR)**

Judge Robinson:

  Pursuant to the scheduling conference held before your Honor on July 19, 2007, enclosed is the proposed form of Pre-trial Scheduling Order for the Court's consideration.

  I am available at the Court's convenience for any questions.

              Respectfully,

              Kathleen P. Makowski

KPM/
Enclosure
cc: all counsel of record (w/encl) (via e-mail)

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611
BALTIMORE CHESTERBROOK HARRISBURG NEWARK PHILADELPHIA PRINCETON WASHINGTON WILMINGTON
A DELAWARE LIMITED LIABILITY PARTNERSHIP
550099.2 7/25/07