IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPIRIT AIRLINES, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 07-341-SLR |
| 24/7 REAL MEDIA, INC., et al., | ) ) ) |
| Defendants. | ) ) |

ORDER

At Wilmington this 25th day of July, 2007, the Clerk of Court having issued defaults in appearance against defendants TravelZoo Inc., Travel Marketing Group, Inc., Rackspace Ltd., Tribal Fusion, Inc., Intercept Interactive, Inc., CheapFlights (USA), Inc., and 24/7 Real Media, Inc. pursuant to Fed. R. Civ. P. 55(a);

IT IS ORDERED that a default hearing shall be heard on **Tuesday, October 23, 2007, at 8:30 a.m.** in courtroom 6B on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge