Spirit Airlines Inc. v. 24/7 Real Media Inc. et al — Doc. 126

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPIRIT AIRLINES, INC., | : |
| Plaintiff, | : |
| v. | : C. A. No. 07-341 |
| 24/7 REAL MEDIA, INC., et al., | : (Transferred from the United States District Court for the Southern District of Florida, Division, Case # 07-60399-CIV) |
| Defendants | |

**NOTICE OF WITHDRAWAL OF MOTION FOR DEFAULT JUDGMENT**

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that Plaintiff, Spirit Airlines, Inc. withdraws its **Motion For Entry of Default Judgment filed on July 3, 2007 against Defendant Tribal Fusion, Inc. Pursuant to Fed. R. Civ. P. 55(a)** filed in the above-captioned case.

SAUL EWING LLP
/s/ Kathleen P. Makowski
_____
Kathleen P. Makowski, Esquire (No. 3648)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, Delaware 19801-1611
(302) 421-6800 (phone)
(302) 421-6813 (fax)
kmakowski@saul.com (e-mail)

Attorneys for Plaintiff Spirit Airlines, Inc.

OF COUNSEL

Connie A. Lahn, Esquire
Fafinski Mark & Johnson, P.A.
Flagship Corporate Center
775 Prairie Center Drive, Suite 400
Eden Prairie, MN 55344

DATED: July 27, 2007

550380.1 7/27/07