IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

(in)Scanned
FILED

AUG  6  2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

SPIRIT AIRLINES, INC.,               )
                                     )
        Plaintiff,                   )
                                     )
    v.                               )    Civ. No. 07-341-SLR
                                     )
24/7 REAL MEDIA, INC., et al.,       )
                                     )
        Defendants.                  )


**DEFAULT IN APPEARANCE**


AN ENTRY OF DEFAULT IN APPEARANCE is entered against the

following defendants pursuant to Federal Rule of Civil Procedure 55(a) as defendants

have failed to answer or otherwise respond to the complaint:

TravelZoo Inc. (See D.I. 105 and also D.I. 34, 0:07-cv-60399-CMA)

Travel Marketing Group, Inc. (See D.I. 106 and also D.I. 33, 0:07-cv-
60399-CMA)

Rackspace Ltd. (See D.I. 107 and also D.I. 36, 0:07-cv-60399-CMA)

Tribal Fusion, Inc. (See D.I. 96, 108)

Intercept Interactive, Inc. (See D.I. 109 and also D.I. 18, 0:07-cv-60399-
CMA)

CheapFlights (USA), Inc. (See D.I. 110 and also D.I. 25, 0:07-cv-60399-
CMA)

24/7 Real Media, Inc. (See D.I. 113 and also D.I. 37, 0:07-cv-60399-
CMA).

Dated: July 24, 2007

_Roxanne L. Dirlo_
(By) Deputy Clerk

Spirit Airlines Inc. v. 24/7 Real Media Inc. et al                                    Doc. 128

## Other Events

1:07-cv-00341-SLR Spirit Airlines Inc. v. 24/7 Real Media Inc. et al

### U.S. District Court

### District of Delaware

## Notice of Electronic Filing

The following transaction was entered on 7/24/2007 at 1:54 PM EDT and filed on 7/24/2007

**Case Name:**        Spirit Airlines Inc. v. 24/7 Real Media Inc. et al
**Case Number:**     1:07-cv-341
**Filer:**
**Document Number:** 120

**Docket Text:**
Clerk's ENTRY OF DEFAULT as to Cheap Flights (USA) Inc., Intercept Interactive Inc., Rackspace
Ltd., TravelZoo Inc., Tribal Fusion Inc., Travel Marketing Group Inc., 24/7 Real Media Inc. (rld)


**1:07-cv-341 Notice has been electronically mailed to:**
William D. Sullivan bill@williamdsullivanllc.com
Edward M. McNally emcnally@morrisjames.com, LTosi@morrisjames.com, migwe@morrisjames.com
Robert J. Stearn, Jr stearn@rlf.com, rbgroup@rlf.com
Adam R. Elgart aelgart@mwm-law.com
Kathleen P. Makowski kmakowski@saul.com, aiannini@saul.com
Katharine L. Mayer kmayer@mccarter.com
Christopher D. Loizides loizides@loizides.com
Erica N. Finnegan efinnegan@crosslaw.com
Amy Denise Brown abrown@werbsullivan.com
Marcos Alexis Ramos ramos@rlf.com, rbgroup@rlf.com
Fotini Antonia Skouvakis fskouvakis@morrisjames.com, sgodwin@morrisjames.com
Robert Parsons, II rparsons@rmandr.com

**1:07-cv-341 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=7/24/2007] [FileNumber=419646-0]
[6b09d83271337dcd2b0025474c54d6380178456da457446d82d99d5a0a8156783add
145b52ee0af82e1ec19d7dbe92b441d7cfe8ee20de44904d22e19942d95b]]

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

Civ. No. 07-341-SLR

FILED

AUG 6 2007

U.S. DISTRICT COURT
DIST OF DE

Rackspace, Ltd.
c/o Capital Corporate Services, Inc.,
Registered Agent of Rackspace, Ltd.
800 Brazos
Austin, TX 78701

NIXIE        787    DE 1              00 07729/07

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: 19899001818        *1527-10205-24-40