IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SPIRIT AIRLINES, INC., | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civ. No. 07-341-SLR |
| 24/7 REAL MEDIA, INC., et al., | ) ) | |
| Defendants. | ) ) | |

FILED
AUG 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**ORDER**

At Wilmington this 25th day of July, 2007, the Clerk of Court having issued defaults in appearance against defendants TravelZoo Inc., Travel Marketing Group, Inc., Rackspace Ltd., Tribal Fusion, Inc., Intercept Interactive, Inc., CheapFlights (USA), Inc., and 24/7 Real Media, Inc. pursuant to Fed. R. Civ. P. 55(a);

IT IS ORDERED that a default hearing shall be heard on **Tuesday, October 23, 2007, at 8:30 a.m.** in courtroom 6B on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge

Spirit Airlines Inc. v. 24/7 Real Media Inc. et al                                                                                              Doc. 129

**Other Orders/Judgments**
1:07-cv-00341-SLR Spirit Airlines Inc. v. 24/7 Real Media Inc. et al

**U.S. District Court**

**District of Delaware**

**Notice of Electronic Filing**

The following transaction was entered on 7/26/2007 at 8:26 AM EDT and filed on 7/26/2007
**Case Name:** Spirit Airlines Inc. v. 24/7 Real Media Inc. et al
**Case Number:** 1:07-cv-341
**Filer:**
**Document Number:** 124

**Docket Text:**
ORDER Setting Hearing on Default Jgm. Motions: [107] MOTION for Default Judgment as to Rackspace Ltd., [110] MOTION for Default Judgment as to Cheap Flights (USA) Inc.MOTION for Default Judgment as to Cheap Flights (USA) Inc., [109] MOTION for Default Judgment as to Intercept Interactive Inc., [108] MOTION for Default Judgment as to Tribal Fusion Inc., [113] MOTION for Default Judgment as to 24/7 Real Media Inc., [105] MOTION for Default Judgment as to TravelZoo Inc., [106] MOTION for Default Judgment as to Travel Marketing Group Inc. : Motion Hearing set for 10/23/2007 08:30 AM in Courtroom 6B before Honorable Sue L. Robinson. Signed by Judge Sue L. Robinson on 7/25/07. (rld)

**1:07-cv-341 Notice has been electronically mailed to:**
William D. Sullivan bill@williamdsullivanllc.com
Edward M. McNally emcnally@morrisjames.com, LTosi@morrisjames.com, migwe@morrisjames.com
Robert J. Stearn, Jr stearn@rlf.com, rbgroup@rlf.com
Adam R. Elgart aelgart@mwm-law.com
Kathleen P. Makowski kmakowski@saul.com, aiannini@saul.com
Katharine L. Mayer kmayer@mccarter.com
Christopher D. Loizides loizides@loizides.com
Erica N. Finnegan efinnegan@crosslaw.com
Amy Denise Brown abrown@werbsullivan.com
Marcos Alexis Ramos ramos@rlf.com, rbgroup@rlf.com
Fotini Antonia Skouvakis fskouvakis@morrisjames.com, sgodwin@morrisjames.com
Robert Parsons, II rparsons@rmandr.com

**1:07-cv-341 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=7/26/2007] [FileNumber=420683-0]

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

FILED
AUG 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Intercept Interactive, Inc.
c/o Shiff & Tisman, Registered Agent of
Intercept Interactive, Inc.
2000 Madison Avenue
New York, NY 10016

NIXIE    100 DC 1    00 08/01/07
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 19899001818    *1627-00590-28-39