

CORPORATION SERVICE COMPANY

SXY
Transmittal Number: 5276868

# Return of Service of Process

**Return to Sender Information:**

Office of the Clerk U.S. District Court
Rackspace, Ltd.
844 N. King Street
Lockbox 18
Wilmington, DE 19801-3570

| | |
|---|---|
| **Date:** | 08/07/2007 |
| **Entity:** | Rackspace, Ltd. |
| **Title of Action:** | Spirit Airlines, Inc. vs. 24/7 Real Media, Inc. |
| **Court:** | U.S. District Court, Delaware |
| **Case Number:** | 07-341-SLR |

Service of Process has been received from you on behalf of one of the defendants named in the above action.

The service of process received from you is being returned. We cannot receive this service as registered agent due to the reason(s) listed below.

According to our records and the records at the Secretary of State, or other appropriate state agency, we are not the registered agent for the company you are trying to serve. It is your responsibility to verify this information with the Secretary of State, or other appropriate state agency.

Our client records are confidential. We do not release any information on our clients, agent representation or service received. We suggest you contact the Secretary of State, or other appropriate agency, for more information.

2711 Centerville Road   Wilmington, DE 19808
(888) 690-2882   |   sop@cscinfo.com



RECEIVED
By by Fed Ex
AUG - 8 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPIRIT AIRLINES, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 07-341-SLR |
| 24/7 REAL MEDIA, INC., et al., | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 25th day of July, 2007, the Clerk of Court having issued defaults in appearance against defendants TravelZoo Inc., Travel Marketing Group, Inc., Rackspace Ltd., Tribal Fusion, Inc., Intercept Interactive, Inc., CheapFlights (USA), Inc., and 24/7 Real Media, Inc. pursuant to Fed. R. Civ. P. 55(a);

IT IS ORDERED that a default hearing shall be heard on **Tuesday, October 23, 2007, at 8:30 a.m.** in courtroom 6B on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge

**Other Orders/Judgments**
1:07-cv-00341-SLR Spirit Airlines Inc. v. 24/7 Real Media Inc. et al

### U.S. District Court

### District of Delaware

**Notice of Electronic Filing**

The following transaction was entered on 7/26/2007 at 8:26 AM EDT and filed on 7/26/2007
**Case Name:**     Spirit Airlines Inc. v. 24/7 Real Media Inc. et al
**Case Number:**   1:07-cv-341
**Filer:**
**Document Number:** 124

**Docket Text:**
ORDER Setting Hearing on Default Jgm. Motions: [107] MOTION for Default Judgment as to Rackspace Ltd., [110] MOTION for Default Judgment as to Cheap Flights (USA) Inc.MOTION for Default Judgment as to Cheap Flights (USA) Inc., [109] MOTION for Default Judgment as to Intercept Interactive Inc., [108] MOTION for Default Judgment as to Tribal Fusion Inc., [113] MOTION for Default Judgment as to 24/7 Real Media Inc., [105] MOTION for Default Judgment as to TravelZoo Inc., [106] MOTION for Default Judgment as to Travel Marketing Group Inc. : Motion Hearing set for 10/23/2007 08:30 AM in Courtroom 6B before Honorable Sue L. Robinson. Signed by Judge Sue L. Robinson on 7/25/07. (rld)

**1:07-cv-341 Notice has been electronically mailed to:**
William D. Sullivan  bill@williamdsullivanllc.com
Edward M. McNally  emcnally@morrisjames.com, LTosi@morrisjames.com, migwe@morrisjames.com
Robert J. Stearn, Jr  stearn@rlf.com, rbgroup@rlf.com
Adam R. Elgart  aelgart@mwm-law.com
Kathleen P. Makowski  kmakowski@saul.com, aiannini@saul.com
Katharine L. Mayer  kmayer@mccarter.com
Christopher D. Loizides  loizides@loizides.com
Erica N. Finnegan  efinnegan@crosslaw.com
Amy Denise Brown  abrown@werbsullivan.com
Marcos Alexis Ramos  ramos@rlf.com, rbgroup@rlf.com
Fotini Antonia Skouvakis  fskouvakis@morrisjames.com, sgodwin@morrisjames.com
Robert Parsons, II  rparsons@rmandr.com

**1:07-cv-341 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=7/26/2007] [FileNumber=420683-0]



Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

Rackspace, Ltd.
c/o Capital Corporate Services, Inc.,
Registered Agent of Rackspace, Ltd.
800 Brazos
Austin, TX 78701

LMS Packing Slip

# Package ID: 814318

**Tracking Number:** 944762212732

**Package Recipient:** Office of the Clerk U.S. District Court

**Recepient Company:** Rackspace, Ltd.

**Recepient Address:** 844 N. King Street Lockbox 18
Wilmington DE 19801-3570 USA

**Phone Number:**

**Package Contents:**

| Transmittal Number | Case Number | Title of Action |
|---|---|---|
| 5276868 | 07-341-SLR | Spirit Airlines, Inc. vs. 24/7 Real Media, Inc. |