IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

SPIRIT AIRLINES, INC.,                    )
                                          )
          Plaintiff,                      )
                                          )
     v.                                   )  Civ. No. 07-341-SLR
                                          )
24/7 REAL MEDIA, INC., et al.,            )
                                          )
          Defendants.                     )

## O R D E R

At Wilmington this \0ᵗʰ day of August, 2007, the Clerk of Court

having issued a default in appearance against defendant Shermans Travel, Inc.

pursuant to Fed. R. Civ. P. 55(a);

IT IS ORDERED that a default hearing shall be heard on **Tuesday,**

**October 23, 2007, at 8:30 a.m.** in courtroom 6B on the sixth floor of the J. Caleb Boggs

Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge