IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPIRIT AIRLINES, INC.,          Plaintiff, <br><br>v.<br><br>24/7 REAL MEDIA, INC., et al.,<br>         Defendants. | )<br>)<br>)<br>)<br>)   C.A. No. 07-341-SLR<br>)<br>)<br>)<br>) |

### NOTICE OF SERVICE TO THE INITIAL DISCLOSURES PURSUANT TO RULE 26(A) OF DEFENDANT BURST MEDIA CORPORATION

PLEASE TAKE NOTICE that Fotini Antonia Skouvakis hereby certifies that on this 14th day of August, 2007, she caused the Initial Disclosures Pursuant to Rule 26(a) of Defendant Burst Media Corporation and this Notice of Service to be served as indicated on the parties listed below:

**VIA HAND DELIVERY**
Kathleen P. Makowski, Esq.
SAUL EWING LLP.
222 Delaware Ave., Suite 1200
P.O. Box 1266
Wilmington, Delaware 19801-1611

**VIA FIRST CLASS MAIL**
Adam R. Elgart, Esq.
MATTLEMAN, WEINROTH
    & MILLER, P.C.
200 Continental Drive, Suite 215
Newark, Delaware 19713

**VIA HAND DELIVERY**
Robert J. Stearn, Jr., Esq.
RICHARDS LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899

**VIA HAND DELIVERY**
Katharine L. Mayer, Esq.
McCARTER & ENGLISH, LLP
Renaissance Center
405 N. King St., 8th Floor
Wilmington, Delaware 19801

**VIA HAND DELIVERY**
William D. Sullivan, Esq.
WILLIAM D. SULLIVAN, LLC
4 East 8th Street, Suite 400
Wilmington, Delaware 19801

**VIA HAND DELIVERY**
Erica N. Finnegan, Esq.
CROSS & SIMON, LLC
913 North Market Street, 11th Floor
Wilmington, Delaware 19801

**VIA HAND DELIVERY**
Amy Denise Brown, Esq.
WERB & SULLIVAN
300 Delaware Avenue, 10th Floor
P.O. Box 25046
Wilmington, Delaware  19899

**VIA HAND DELIVERY**
Christopher D. Loizides, Esq.
LOIZIDES & ASSOCIATES
1225 King Street, Suite 800
Wilmington, Delaware  19801

MORRIS JAMES LLP

Edward M. McNally (Bar I.D. No. 614)
Fotini Antonia Skouvakis (Bar I.D. No. 4793)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE  19899
(302) 888-6800
emcnally@morrisjames.com
fskouvakis@morrisjames.com

*Attorneys for Defendant Burst Media Corporation*

Dated: August 14, 2007

1601347/1