IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) <br> ) <br> SPIRIT AIRLINES, INC., ) <br> ) <br>    Plaintiff ) <br> ) <br> v. ) <br> ) <br> 24/7 REAL MEDIA, INC., ADVERTISING.COM, ) <br> INC., ADVERTISING.COM, INC., AMERICA ) <br> ONLINE, INC., d/b/a AOL, BURST MEDIA ) <br> CORPORATION, CARROLTON BANK, ) <br> CHEAPFLIGHTS (USA), INC., ECHO TARGET, ) <br> INC., HOTWIRE, INC., INTERCEPT ) <br> INTERACTIVE, INC., PRICELINE.COM, LLC, ) <br> RACKSPACE, LTD., SHERMANS TRAVEL, ) <br> INC., SIDESTEP, INC., SMARTER LIVING, INC.,) <br> et al. ) <br> ) <br>    Defendants ) | Case No. 07-cv-341-SLR |

## CERTIFICATE OF SERVICE

I, William D. Sullivan, do hereby certify I am not less than 18 years of age and that on this 14th day of August 2007, I caused a copy of the within *Priceline's Initial Disclosures* to be served via U.S. Mail, First Class, Postage Pre-Paid, upon the parties on the attached service list:

Under penalty of perjury, I declare the foregoing is true and correct.

*August 14, 2007*                    */s/ William D. Sullivan*
Date                                     William D. Sullivan

Kathleen P. Makowski, Esq.
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19801-1611

Marcos Alexis Ramos, Esq.
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Adam R. Elgart, Esq.
Mattleman, Weinroth & Miller, P.C.
200 Continental Drive, Suite 215
Newark, DE 19713

Robert J. Stearn, Jr., Esq.
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Fotini Antonia Skouvakis, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

Francis Sexton, Esq.
Sanjukta Sen, Esq.
Concepcion, Sexton & Martinez
355 Alhambra Circle, Suite 1250
Coral Gables, FL 33134

Katharine L. Mayer, Esq.
McCarter & English, LLP
Renaissance Center
405 N. King Street, 8th Floor
Wilmington, DE 19801

Erica N. Finnegan, Esq.
Cross & Simon, LLC
913 North Market Street, 11th Floor
Wilmington, DE 19801

Christopher D. Loizides, Esq.
Loizides & Associates
1225 King Street, Suite 800
Wilmington, DE 19801

Edward M. McNally, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

Amy Denise Brown, Esq.
Werb & Sullivan
300 Delaware Avenue, 10th Floor
P.O. Box 25046
Wilmington, DE 19899

Peter Wucetich, Esq.
Strandling, Yocca, Carlson & Rauth
Orange County Office
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660