IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SPIRIT AIRLINES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 07-341 (SLR) |
| | ) | |
| v. | ) | |
| | ) | |
| 24/7 REAL MEDIA, INC., ADVERTISING.COM, INC., AMERICA ONLINE, INC. DBA AOL, BURST MEDIA CORPORATION, CARROLLTON BANK, CHEAPFLIGHTS (USA), INC., ECHO TARGET, INC., HOTWIRE, INC., INTERCEPT INTERACTIVE, INC., PRICELINE.COM, LLC, RACKSPACE, LTD., SHERMANS TRAVEL, INC., SIDESTEP, INC., SMARTER LIVING, INC., SPECIFICMEDIA, INC., TRAVEL MARKETING GROUP, INC., TRAVELZOO, INC., TRIBAL FUSION, INC., TRIPADVISOR LLC, VALUECLICK, INC., and THE WEATHER CHANNEL INTERACTIVE, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE THAT on the 14th day of August, 2007, a true and correct copy of the foregoing **Defendant SideStep, Inc.'s Initial Disclosures** was served on the parties listed and in the manner indicated on the attached service list.

DATED: August 14, 2007

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:   (302) 654-0728
Email:   loizides@loizides.com

070809133706.DOCX

**SERVICE LIST**

**VIA ELECTRONIC MAIL**

Kathleen P. Makowski, Esquire
SAUL EWING, LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266
Email: kmakowski@saul.com
*Counsel for Spirit Airlines, Inc.*

Edward M. McNally, Esquire
Fotini A. Skouvakis, Esquire
MORRIS JAMES, LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
Email: emcnally@morrisjames.com
       fskouvakis@morrisjames.com
*Counsel for Burst Media Corporation*

Katharine L. Mayer, Esquire
McCARTER & ENGLISH, LLP
919 No. Market Street, Suite 1800
P.O. Box 111
Wilmington, DE 19899-0111
Email: kmayer@mccarter.com
*Counsel for Carrollton Bank*

Robert J. Parsons, II, Esquire
ROGERS MOORE & ROGERS, LLP
6 So. Calvert
Baltimore, MD 21202
Email: rparsons@rmandr.com
*Counsel for Carrollton Bank*

William D. Sullivan, Esquire
WILLIAM D. SULLIVAN, LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801
Email: bill@williamdsullivanllc.com
*Counsel for PriceLine.com, LLC*

Robert J. Stearn, Jr., Esquire
RICHARDS LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551
Email: stearn@rlf.com
*Counsel for Advertising.com Inc., America Online Inc., Hotwire Inc., Trip Advisor LLC*

Amy Denise Brown, Esquire
WERB & SULLIVAN
300 Delaware Avenue, 10th Floor
P.O. Box 25046
Wilmington, DE 19899-5046
Email: abrown@werbsullivan.com
*Counsel for Valueclick, Inc.*

Erica N. Finnegan, Esquire
CROSS & SIMON, LLC
913 No. Market Street, 11th Floor
Wilmington, DE 19801
Email: efinnegan@crosslaw.com
*Counsel for SpecificMedia, Inc.*

Adam R. Elgart, Esquire
MATTLEMAN WEINROTH & MILLER, P.C.
200 Continental Drive, Suite 215
Newark, DE 19713
Email: aelgart@mwm-law.com
*Counsel for Weather Channel Interactive Inc.*