IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Spirit Airlines, Inc., | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
|     v. | ) C. A. No. 07-341-SLR |
| | ) |
| 24/7 Real Media, Inc., et al., | ) |
| | ) |
|       Defendants. | ) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE THAT on August 15, 2007, the undersigned counsel caused a copy of **AOL LLC'S AND ADVERTISING.COM INC.'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)** to be served upon the parties on the attached service list in the indicated manner.

Dated: August 15, 2007
       Wilmington, Delaware

                                       /s/ Marcos A. Ramos
                                       Robert J. Stearn, Jr. (No. 2915)
                                       Marcos A. Ramos (No. 4450)
                                       Lee E. Kaufman (No. 4877)
                                       RICHARDS, LAYTON & FINGER, P.A.
                                       One Rodney Square
                                       P.O. Box 551
                                       Wilmington, Delaware 19899
                                       Tel: (302) 651-7700
                                       Fax: (302) 651-7701
                                       Email: ramos@rlf.com

                                       Attorneys for AOL LLC
                                       and Advertising.com, Inc.