**VIA HAND DELIVERY**

Kathleen P. Makowski
Saul Ewing LLP
222 Delaware Avenue, Ste. 1200
Wilmington, DE 19801

Katharine L. Mayer
McCarter & English, LLP
919 N. Market Street, Suite 1800
P.O. Box 111
Wilmington, DE 19899

William D. Sullivan
William D. Sullivan, LLC
4 East 8th St., Suite 400
Wilmington, DE 19801

Erica N. Finnegan
Cross & Simon, LLC
913 North Market Street, 11th Floor
Wilmington, DE 19801

Chrisopher D. Loizides
Loizides & Associates
1225 King Street, Suite 800
Wilmington, DE 19801

Edward M. McNally
Fotini Antoina Skouvakis
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

Amy Denise Brown
Werb & Sullivan
300 Delaware Avenue, 10th Floor
P.O. Box 25046
Wilmington, DE 19899

**VIA FIRST CLASS MAIL**

Adam R. Elgart
Mattleman, Weinroth & Miller, P.C.
200 Continental Drive, Suite 215
Newark, DE 19713

Donald L. Kidd, Jr.
Squire, Sanders & Dempsey, L.L.P.
8000 Towers Crescent Drive, 14th Floor
Tysons Corner, VA 22182

Connie A. Lahn
Fafinski, Mark & Johnson, P.A.
Flagship Corporate Center
775 Prairie Center Drive, Suite 400
Eden Prairie, MN 55344

Robert J. Parsons, II
Rogers, Moore & Rogers, LLP
6 So. Calvert Street
Baltimore, MD 21202

Francis Sexton
Sanjukta Sen
Concepcion, Sexton & Martinez
355 Alhambra Circle, Suite 1250
Coral Gables, FL 33134

Peter Wucetich
Strandling, Yocca, Carlson & Rauth
Orange County Office
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660