## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| Spirit Airlines, Inc. ) | Case No. 07-341-SLR |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| 24/7 Real Media, Inc., *et al*, ) | |
| ) | |
| Defendant ) | |
| ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 15th day of August, 2007, a copy of Defendant's Rule 26(a) Initial Disclosures was served on the following counsel at the address listed below and in the manner indicated:

**VIA HAND DELIVERY**

Kathleen P. Makowski, Esq.
222 Delaware Ave., Suite 1200
P.O. Box 1266
Wilmington, DE 19801-1611

Robert J. Stearn
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

William D. Sullivan, Esq.
William D. Sullivan, LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801

**VIA HAND DELIVERY**

Connie A. Lahn, Esquire
Fafinski Mark & Johnson, P.A.
Flagship Corporate Center
775 Prairie Center Drive, Suite 400
Eden Prairie, MN 55344

Robert J. Parsons, II
Rogers, Moore and Rogers, LLP
Six south Calvert
Baltimore, MD 21202

Adam R. Elgart
Mattleman, Weinroth & Miller, P.C.
200 Continental Drive
Suite 215
Newark, DE 19713

Katharine L. Mayer
McCarter & English, LLP
919 N. Market Street, Suite 1800
P.O. Box 111
Wilmington, DE 19899

Erica N. Finnegan, Esq.
Cross & Simon, LLC
913 North Market Street, 11th Floor
Wilmington, DE 19801

                                                    WERB & SULLIVAN

                                                    By:/s/ Amy D. Brown
                                                       Amy D. Brown (No. 4077)
                                                       300 Delaware Avenue, 13th Floor
                                                       P. O. Box 25046
                                                       Wilmington, DE  19899
                                                       Telephone:  (302) 652-1100
                                                       Telecopier:  (302) 652-1111

Dated:  August 15, 2007                              Attorney for ValueClick Inc.