# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| Spirit Airlines, Inc., | ) Case No. 07-341-SLR |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| 24/7 Real Media, Inc., et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 15th day of August, 2007, the undersigned counsel caused a copy of Defendant's, SpecificMedia, Inc., Rule 26(a) Initial Disclosures to be served upon the following counsel at the address listed below and in the manner indicated:

**VIA HAND DELIVERY**

Kathleen P. Makowski, Esq.
Saul Ewing LLP
222 Delaware Ave #1200
P.O. Box 1266
Wilmington, DE 19899

Marcos A. Ramos, Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

William D. Sullivan, Esq.
William D. Sullivan, LLC
4 East 8th St., Suite 400
Wilmington, DE 19801

Katharine L. Mayer, Esq.
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801

Christopher D. Loizides, Esq.
Loizides & Associates
1225 King Street, Suite 800
Wilmington, DE 19801

| | |
|---|---|
| Amy Denis Brown, Esquire<br>Werb & Sullivan<br>300 Delaware Avenue, 10th Floor<br>Wilmington, DE 19801 | Edward M. McNally, Esq.<br>Fotini Antoinia Skouvakis, Esq.<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19899-2306 |

**VIA U.S. MAIL**

Adam R. Elgart, Esquire
Mattleman, Weinroth & Miller, P.C.
200 Continental Drive, Suite 215
Newark, DE 19713

Donald L. Kidd, Jr., Esquire
Squire, Sanders & Dempsey, L.L.P.
8000 Towers Crescent Drive, 14th Floor
Tysons Corner, VA 22182

Connie A. Lahn, Esquire
Fafinski, Mark & Johnson, P.A.
Flagship Corporate Center
775 Prairie Center Drive, Suite 400
Eden Prairie, MN 55344

Robert J. Parsons, II, Esquire
Rogers, Moore & Rogers, LLP
6 South Calvert Street
Baltimore, MD 21202

Francis Sexton, Esquire
Sanjukta Sen, Esquire
Concepcion, Sexton & Martinez
355 Alhambra Circle, Suite 1250
Coral Gables, FL 33134

CROSS & SIMON, LLC

Of Counsel:

Peter L. Wucetich
California State Bar No. 227531
STRADLING YOCCA CARLSON & RAUTH
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660
Tel.: (949) 725-4000
Fax: (949) 725-4100
pwucetich@sycr.com

By: / s / *Erica N. Finnegan*
  Richard H. Cross (#3576)
  Erica N. Finnegan (#3986)
  913 North Market Street, 11th Floor
  Wilmington, DE 19801
  Tel.: (302) 777-4200
  Fax: (302) 777-4224
  rcross@crosslaw.com
  efinnegan@crosslaw.com

*Counsel for Defendant SpecificMedia, Inc.*

Dated: August 16, 2007