IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPIRIT AIRLINES, INC., | : |
| Plaintiff, | : |
| vs. | : CASE NO. 07-341 (SLR) |
| 24/7 REAL MEDIA, INC., ADVERTISING.COM, INC., AMERICA ONLINE, INC. DBA AOL, BURST MEDIA CORPORATION, CARROLLTON BANK, CHEAPFLIGHTS (USA), INC., ECHO TARGET, INC., HOTWIRE, INC., INTERCEPT INTERACTIVE, INC., PRICELINE.COM, LLC, RACKSPACE, LTD., SHERMANS TRAVEL, INC., SIDESTEP, INC., SMARTER LIVING, INC., SPECIFICMEDIA, INC., TRAVEL MARKETING GROUP, INC., TRAVELZOO, INC., TRIBAL FUSION, INC., TRIP ADVISOR LLC, VALUECLICK, INC., and THE WEATHER CHANNEL INTERACTIVE, INC., | : |
| Defendants. | |

### STIPULATION OF DISMISSAL OF
### <u>DEFENDANTS, TRIP ADVISOR, LLC AND HOTWIRE, INC.</u>

This stipulation ("Stipulation") is entered into by Plaintiff, Spirit Airlines, Inc. ("Spirit") and Defendants, Trip Advisor, LLC ("Trip Advisor") and Hotwire, Inc. ("Hotwire"), who stipulate and agree as follows.

1. Trip Advisor and Hotwire forego any interest in the interplead funds. Trip Advisor and Hotwire will not institute or prosecute, in any other state or federal court, any proceeding against Spirit with respect to the interplead funds.

2. Trip Advisor and Hotwire are hereby dismissed from the above-captioned matter with prejudice.

Dated: August 30, 2007

By: *(signature)*

**SAUL EWING, LLP**

Kathleen P. Makowski, Esq. (No. 3648)
222 Delaware Ave, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Telephone: 302-421-6800
Facsimile: 302-421-6813
kmakowski@saul.com

and

**FAFINSKI MARK & JOHNSON, P.A**

Connie A. Lahn (MN Bar No. 02692219)
400 Flagship Corporate Center
775 Prairie Center Drive
Eden Prairie, Minnesota 55344
Telephone: 952-995-9500
Facsimile: 952-995-9577

Attorneys for Spirit Airlines, Inc.

Dated: August 30, 2007

By: *(signature)*

**RICHARDS, LAYTON & FINGER, P.A.**

Robert J. Stearn, Jr. (No. 2915)
One Rodney Square
P.O. Box 1266
Wilmington, DE 19899
Telephone: 302-651-7700

Attorneys for Trip Advisor, LLC and Hotwire, Inc.