IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SPIRIT AIRLINES, INC., :
:
       Plaintiff, :
:
vs. : CASE NO. 07-341 (SLR)
:
24/7 REAL MEDIA, INC., ADVERTISING.COM, :
INC., AMERICA ONLINE, INC. DBA AOL, :
BURST MEDIA CORPORATION, :
CARROLLTON BANK, CHEAPFLIGHTS :
(USA), INC., ECHO TARGET, INC., HOTWIRE, :
INC., INTERCEPT INTERACTIVE, INC., :
PRICELINE.COM, LLC, RACKSPACE, LTD., :
SHERMANS TRAVEL, INC., SIDESTEP, INC., :
SMARTER LIVING, INC., SPECIFICMEDIA, :
INC., TRAVEL MARKETING GROUP, INC., :
TRAVELZOO, INC., TRIBAL FUSION, INC., :
TRIPADVISOR LLC, VALUECLICK, INC., and :
THE WEATHER CHANNEL INTERACTIVE, :
INC., :

## MOTION FOR DEFAULT JUDGMENT

NOW COMES Plaintiff, Spirit Airlines, Inc. ("Spirit"), by and through its undersigned attorneys, hereby requests that this Court enter a judgment by default against Defendant Tribal Fusion, Inc. ("Tribal Fusion") pursuant to Rule 55, Federal Rules of Civil Procedure. In support of its motion, Spirit respectfully submits the following:

    1.    On March 21, 2007, Spirit filed the Complaint For Interpleader in the United States District Court For The Southern District of Florida, C.A. No. 07-60399 seeking judgment against the above named Defendants, including Tribal Fusion ("Complaint").

    2.    This matter was transferred to this Court pursuant to the Ordering Transferring Case dated May 21, 2007. The Record of the Case was docketed in this Court on May 29, 2007

[Docket Item #56]. The Complaint was also docketed in this case on May 29, 2007 [Docket Item #56].

3.  On May 22, 2007, service of the Complaint was effectuated upon John Doe at Tribal Fusion's principal place of business. A copy of the summons and the return of service of process was filed with this Court on June 27, 2007 [Docket Item #96].

4.  On July 18, 2007, service of the Summons, Complaint, and Notice of Transfer was effectuated upon Dilip DaSilva, Tribal Fusion's registered agent. A copy of the summons and the return of service of process was filed with this Court on September 6, 2007 [Docket Item #143].

5.  More than 20 days have elapsed since Tribal Fusion was required to file a responsive pleading.

6.  As of the date of this Motion, Tribal Fusion has failed to file an Answer or otherwise plead to the Complaint.

WHEREFORE, Spirit respectfully requests that the Court enter an order as follows:

(1) Granting judgment against Tribal Fusion and declaring that Tribal Fusion has no claim, right, title or interest in or to the interpleaded funds.

(2) Discharging Spirit from any liability to Tribal Fusion with respect to the interpleaded funds.

(3) Restraining Tribal Fusion from instituting or prosecuting, in any other state or federal court, any proceeding against Spirit with respect to the interpleaded funds.

Dated: September 7, 2007        SAUL EWING, LLP

By:      /s/ Kathleen P. Makowski
Kathleen P. Makowski, Esq. (No. 3648)
222 Delaware Ave, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Telephone: 302-421-6800
Facsimile: 302-421-6813
kmakowski@saul.com

and

**FAFINSKI MARK & JOHNSON, P.A**

Connie A. Lahn (MN Bar No. 02692219)
400 Flagship Corporate Center
775 Prairie Center Drive
Eden Prairie, Minnesota 55344
Telephone: 952-995-9500
Facsimile: 952-995-9577

Attorneys for Spirit Airlines. Inc.