

Spirit Airlines Inc. v. 24/7 Real Media Inc. et al

Doc. 146

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

Civ. No. 07-341-SLR

RECEIVED
OCT - 2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

NIXIE    945    DE   1      00 09/27/07

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 19899001810    *1727-18404-21-34

Tribal Fusion, Inc.
2087 Key Boulevard
El Cerrito, CA 94530

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

SPIRIT AIRLINES, INC.,                          )
                                                )
             Plaintiff,                         )
                                                )
      v.                                        )   Civ. No. 07-341-SLR
                                                )
24/7 REAL MEDIA, INC., et al.,                  )
                                                )
             Defendants.                        )

## DEFAULT IN APPEARANCE

AN ENTRY OF DEFAULT IN APPEARANCE is entered against defendant

Tribal Fusion, Inc. pursuant to Federal Rule of Civil Procedure 55(a) as defendant has

failed to answer or otherwise respond to the complaint. (See D.I. 143, 144)

Dated: September 21, 2007

_____
(By) Deputy Clerk



RECEIVED

OCT - 2 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Other Events
1:07-cv-00341-SLR Spirit Airlines Inc. v. 24/7 Real Media Inc. et al

### U.S. District Court

### District of Delaware

## Notice of Electronic Filing

The following transaction was entered on 9/21/2007 at 1:11 PM EDT and filed on 9/21/2007
**Case Name:**      Spirit Airlines Inc. v. 24/7 Real Media Inc. et al
**Case Number:**    1:07-cv-341
**Filer:**
**Document Number:** 145

**Docket Text:**
Clerk's ENTRY OF DEFAULT in appearance as to Tribal Fusion Inc. (rlp)

**1:07-cv-341 Notice has been electronically mailed to:**
William D. Sullivan bill@williamdsullivanllc.com
Edward M. McNally emcnally@morrisjames.com, LTosi@morrisjames.com, migwe@morrisjames.com
Robert J. Stearn, Jr stearn@rlf.com, rbgroup@rlf.com
Adam R. Elgart aelgart@mwm-law.com
Kathleen P. Makowski kmakowski@saul.com, aiannini@saul.com
Katharine L. Mayer kmayer@mccarter.com
Christopher D. Loizides loizides@loizides.com
Erica N. Finnegan efinnegan@crosslaw.com
Amy Denise Brown abrown@werbsullivan.com
Marcos Alexis Ramos ramos@rlf.com, rbgroup@rlf.com
Fotini Antonia Skouvakis fskouvakis@morrisjames.com, sgodwin@morrisjames.com
Robert Parsons, II rparsons@rmandr.com

**1:07-cv-341 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=9/21/2007] [FileNumber=447944-0]
[7c9a8ae0c79bac1d373c1ea3fbbfdd59630e935bee2587b53062684eb59b63075e36
54e31e8edd44b6280e9a5496dfcebe5c0481baf4926920a38430e4455fb0]]