IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Spirit Airlines, Inc., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 07-341-SLR |
| | ) |
| 24/7 Real Media, Inc., et al., | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE THAT on October 9, 2007, the undersigned counsel caused a copy of **AOL LLC'S AND ADVERTISING.COM INC.'S FIRST REQUESTS TO ADMIT, FIRST SET OF INTERROGATORIES AND FIRST REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO SPIRIT AIRLINES, INC.** to be served upon the parties on the attached service list in the indicated manner.

Dated: October 9, 2007
Wilmington, Delaware

/s/ Marcos A. Ramos
Robert J. Stearn, Jr. (No. 2915)
Marcos A. Ramos (No. 4450)
Lee E. Kaufman (No. 4877)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
Tel: (302) 651-7700
Fax: (302) 651-7701
Email: ramos@rlf.com

Attorneys for AOL LLC
and Advertising.com, Inc.

RLF1-3186334-2

1