IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPIRIT AIRLINES, INC., | ) |
| Plaintiff, | ) ) |
| v. | ) Civ. No. 07-341-SLR |
| 24/7 REAL MEDIA, INC., et al., | ) ) |
| Defendants. | ) ) |

ORDER

At Wilmington this 12th day of October, 2007,

IT IS ORDERED that the default hearing[1] scheduled in this action shall be rescheduled to **Tuesday, November 20, 2007, at 8:30 a.m.** in courtroom 6B on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

IT IS FURTHER ORDERED that plaintiff shall serve this order upon defendants Travel Marketing Group, Inc., Rackspace Ltd., Intercept Interactive, Inc., and Tribal Fusion, Inc., and file such proof of service with the court, as the addresses provided to the court are no longer accurate. (SEE D.I. 127, 128, 129, 130, 131, 133, 135, 146)

_____
United States District Judge

---

[1] Default hearing includes the following defendants who presently have defaults in appearance entered against them: TravelZoo Inc., Travel Marketing Group, Inc., Rackspace Ltd., Intercept Interactive, Inc., CheapFlights (USA), Inc., and 24/7 Real Media, Inc., Tribal Fusion, Inc., and Shermans Travel Inc.