# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

SPIRIT AIRLINES, INC.,                              :
                                                   :
            Plaintiff,                             :
                                                   :
v.                                                 :    C. A. No. 07-341-SLR
                                                   :
24/7 REAL MEDIA, INC., et al.,                     :
                                                   :
            Defendants                             :

### <u>CERTIFICATE OF SERVICE</u>

I, Kathleen P. Makowski, Esquire, hereby certify that on the 15th day of October, 2007, a

true and correct copy of the **Order Rescheduling Default Hearing (DI #149)** was served by

first class mail, postage prepaid, on the parties/attorney(s) of record on the attached service list.

SAUL EWING LLP

_____
Kathleen P. Makowski, Esquire (No. 3648)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, Delaware  19801-1611
(302) 421-6800 (phone)
(302) 421-6813 (fax)
kmakowski@saul.com (e-mail)

Attorneys for Plaintiff Spirit Airlines, Inc.

OF COUNSEL

Connie A. Lahn, Esquire
Fafinski Mark & Johnson, P.A.
Flagship Corporate Center
775 Prairie Center Drive, Suite 400
Eden Prairie, MN 55344

550138.2 10/15/07

Dockets.Justia.com

## SERVICE LIST

**Spirit Airlines, Inc. v. 24/7 Real Media, Inc., et al.**
**Court File No. 07-341-SLR**

William D. Sullivan, Esquire
William D. Sullivan, LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801

**Counsel for Priceline.com LLC**

Adam R. Elgart, Esquire
Mattleman, Weinroth & Miller, P.C.
200 Continental Drive, Suite 215
Newark, DE 19713

**Counsel for:**
**Weather Channel Interactive Inc.**

Christopher D. Loizides, Esquire
Loizides & Associates
1225 North King Street, Suite 800
Wilmington, DE 19801

**Counsel for SideStep Inc.**

Amy D. Brown, Esquire
Werb & Sullivan
300 Delaware Avenue, 13th Floor
Wilmington, DE 19801

**Counsel for Valueclick Inc.**

Connie A. Lahn, Esquire
Fafinski, Mark & Johnson, P.A.
Flagship Corporate Center
775 Prairie Center Drive, Suite 400
Eden Prairie, MN 55344

**Counsel for Spirit Airlines Inc.**

Donald L. Kidd, Jr., Esquire
Squire, Sanders & Dempsey, L.L.P.
8000 Towers Crescent Drive, 14th Floor
Tysons Corner, VA 22182

**Counsel for Burst Media Corporation**

Francis X. Sexton, Esquire
Sanjukta Sen, Esquire
Concepcion Sexton & Martinez
355 Alhambra Circle, Suite 1250
Coral Gables, FL 33134

**Counsel for Valueclick Inc.**

Erica N. Finnegan, Esquire
Cross & Simon, LLC
913 North Market Street, 11th Floor
Wilmington, DE 19801

**Counsel for SpecificMedia Inc.**

Robert J. Parsons, Esquire
Rogers, Moore & Rogers, LLP
Six South Calvert
Baltimore, MD 21202

**Counsel for Carrollton Bank**

Katharine L. Mayer, Esquire
McCarter & English, LLP
8th Floor, Renaissance Centre
405 North King Street
Wilmington, DE 19801

**Counsel for Carrollton Bank**

Robert J. Stearn, Jr., Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

**Counsel for:**
**Advertising.com Inc.**
**America Online Inc.**
**Trip Advisor LLC**

Andrew P. Karamouzis, Esq.
Moran Karamouzis LLP
265 Sunrise Highway, Suite 61
Rockville Centre, NY 11570

**Counsel for 24/7**

Peter Wucetich, Esquire
Stradling, Yocca, Carlson & Rauth
Orange County Office
660 Newport Center Drive Suite 1600
Newport Beach, CA 92660

**Counsel for SpecificMedia Inc.**

Intercept Interactive Inc.
c/o Shiff & Tisman
2000 Madison Avenue
New York, NY 10016

Travel Marketing Group, Inc.
c/o Michael D. Devolder
4124 Beaver Avenue
Des Moines, IA 50310

Tribal Fusion, Inc.
c/o Dilip Dasilva, Registered Agent
613 Curtis Street
Albany, CA 94706

Edward M. McNally, Esquire
Fotini A. Skouvakis, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

**Counsel for:**
**Burst Media Corporation**

Steven J. Lachterman
Steven J. Lachterman, P.A.
848 Brickell Avenue, Suite 750
Miami, FL 33131

**Counsel for Smarter Living**

CheapFlights (USA) Inc.
Corporation Service Company
2711 Centerville Rd, Suite 400
Wilmington, DE 19808

Rackspace, Ltd.
Capital Corporate Services, Inc.
800 Brazos
Austin, TX 78701

TravelZoo Inc.
Corporation Service Company
80 State Street
Albany, NY 12207-2543

Sherman's Travel, Inc.
56 West 88th Street
New York, NY 10024