## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPIRIT AIRLINES, INC., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :   C. A. No. 07-341-SLR |
| | : |
| 24/7 REAL MEDIA, INC., et al., | : |
| | : |
| Defendants | : |

### SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Kathleen P. Makowski, Esquire, hereby certify that on the October 24 and October 26, 2007, a true and correct copy of the **Order Rescheduling Default Hearing (DI #149)** was served by first class mail, postage prepaid, on the parties of record on the attached service list.


SAUL EWING LLP


/s/ Kathleen P. Makowski
_____
Kathleen P. Makowski, Esquire (No. 3648)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, Delaware 19801-1611
(302) 421-6800 (phone)
(302) 421-6813 (fax)
kmakowski@saul.com (e-mail)

Attorneys for Plaintiff Spirit Airlines, Inc.

OF COUNSEL

Connie A. Lahn, Esquire
Fafinski Mark & Johnson, P.A.
Flagship Corporate Center
775 Prairie Center Drive, Suite 400
Eden Prairie, MN 55344

550138.3 11/14/07

Dockets.Justia.com

## SUPPLEMENTAL SERVICE LIST

**Spirit Airlines, Inc. v. 24/7 Real Media, Inc., et al.**
**Court File No. 07-341-SLR**

**Served on 10/24/07**
**(second attempt of service):**
Intercept Interactive Inc.
15 East 26th St., Suite 1903
New York, NY 10010

**Served on 10/26/07**
**(second attempt of service):**
CheapFlights (USA) Inc.
24 School Street
Boston, MA 02108

Rackspace, Ltd.
9725 Datapoint Dr., Suite 100
San Antonio, TX 78229

Sherman's Travel, Inc.
255 W. 36th St., 15th Floor
New York, NY 10018

Travel Marketing Group, Inc.
5525 Meredith Dr., Suite C
Des Moines, IA 50310

TravelZoo Inc.
590 Madison Ave., 21st Floor
New York, NY 10022

Tribal Fusion, Inc.
2087 Key Blvd.
El Cerrito, CA 94530