UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Civil Action Number: 07- CV-341

SPIRIT AIRLINES, INC.,

　　Plaintiff,

vs.

24/7 REAL MEDIA, INC., ADVERTISING. COM, INC.
AMERICA ONLIN, INC., d/b/a AOL, BURST MEDIA
CORPORATION, CARROLTON BANK,
CHEAPFLIGHTS (USA), INC.,
ECHO TARGET, INC., HOTWIRE, INC., INTERCEPT
INTERACTIVE, INC., PRICELINE.COM, LLC,
RACKSPACE, LTD., SHERMANS TRAVEL, INC.,
SIDESTEP, INC, SMARTER LIVING, INC., et. al.,

　　Defendants.
_____/

**JOINT MOTION FOR ADDITION OF PARTY DEFENDANTS**

Plaintiff SPIRIT AIRLINES, INC., ("Spirit") and Defendant VALUECLICK, INC., ("ValueClick"), by and through their respective undersigned counsel, and with the agreements of MEDIAPLEX, INC., ("Mediaplex") and VALUE CLICK, MEDIA ("ValueClick Media") respectfully move this Court for the entry of an Order adding Mediaplex, and ValueClick Media as a party Defendants as to all of the interests which are the subject matter of the instant Interpleader action. In support of their motion, Spirit and ValueClick would show as follows:

1. This matter is before the Court on the Complaint for Interpleader ("Complaint"). By this action, Plaintiff Spirit is seeking, *inter-alia*, an Order permitting Spirit to deposit a sum certain with the Court registry in as Eisner Funds, and extinguishing with finality all claims of all

defendants, and all other persons or entities who have or may have any right title or interest to the Eisner funds.

2. ValueClick Media, a wholly owned subsidiary of ValueClick entered into contracts with Eisner to provide various services and being the proper party to this lawsuit, should be added as a party defendant.

3. Mediaplex, a wholly owned subsidiary of ValueClick entered into contracts with Eisner to provide various services and being the proper party to this lawsuit, should be added as a proper party defendant.

4. Mediaplex, and ValueClick, Media through their counsel, have authorized the movants to advise the Court that they agree to the relief requested in this motion and agree to the form of the Order submitted herewith.

WHEREFORE, based upon the foregoing, movants respectfully request the Court to enter the Agreed Order submitted herewith and for such other relief as the Court deems just and proper.

Dated: November 15, 2007

/s/ Amy D. Brown
AMY D. BROWN, ESQ.(4077)
WERB & SULLIVAN
300 Delaware Avenue, 13th Floor
Wilmington, DE 19899 (courier 19801)
Telephone: (302) 652-1100

and

Francis X. Sexton, Jr.
CONCEPCION SEXTON & MARTINEZ
355 Alhambra Circle, Suite 1250
Coral Gables, Florida 33134
Tel (305) 444-6669
Fax: (305) 444-3665
*Attorneys for Defendants*
*ValueClick, Inc.*

KATHLEEN P. MAKOWSKI, ESQ.
SAUL EWING, LLP
222 Delaware Avenue, 12th Floor,
Wilmington, DE 19801
Tel (302) 421-6898
*Counsel for Plaintiff*
*Spirit Airlines, Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Civil Action No.:  07- CV-341

SPIRIT AIRLINES, INC.,
    Plaintiff,

vs.

24/7 REAL MEDIA, INC., ADVERTISING. COM, INC.
AMERICA ONLIN, INC., d/b/a AOL, BURST MEDIA
CORPORATION, CARROLTON BANK,
CHEAPFLIGHTS (USA), INC.,
ECHO TARGET, INC., HOTWIRE, INC., INTERCEPT
INTERACTIVE, INC., PRICELINE.COM, LLC,
RACKSPACE, LTD., SHERMANS TRAVEL, INC.,
SIDESTEP, INC, SMARTER LIVING, INC., et. al.,
    Defendants.
_____/

## ORDER APPROVING JOINT MOTION FOR ADDITION OF PARTY DEFENDANTS

THIS CAUSE having come on to be heard upon Plaintiff SPIRIT AIRLINES, INC. and Defendant VALUECLICK, INC.,'s Joint Motion For Addition Of Party Defendants ("Motion"), and the Court having reviewed the Motion and the Court file, and being otherwise duly advised in the premises, it is,

ORDERED and ADJUDGED that:

1. Said Motion be, and same, is GRANTED.

2. VALUECLICK, MEDIA  is hereby added as a party Defendant in the instant action.

3. MEDIAPLEX INC., is hereby added as party Defendant. in the instant action.

DONE and ORDERED in Chambers at Delaware this ___ day of September, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

       I hereby certify that on the 15th day of November, 2007, I caused a copy of the foregoing document be served on the following counsel at the address listed below and in the manner indicated:

**VIA HAND DELIVERY**

Kathleen P. Makowski, Esq.
222 Delaware Ave., Suite 1200
P.O. Box 1266
Wilmington, DE 19801-1611

Robert J. Stearn
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

William D. Sullivan, Esq.
William D. Sullivan, LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801

Katharine L. Mayer
McCarter & English, LLP
919 N. Market Street, Suite 1800
P.O. Box 111
Wilmington, DE 19899

Erica N. Finnegan, Esq.
Cross & Simon, LLC
913 North Market Street, 11th Floor
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**

Connie A. Lahn, Esquire
Fafinski Mark & Johnson, P.A.
Flagship Corporate Center
775 Prairie Center Drive, Suite 400
Eden Prairie, MN 55344

Robert J. Parsons, II
Rogers, Moore and Rogers, LLP
Six south Calvert
Baltimore, MD 21202

Adam R. Elgart
Mattleman, Weinroth & Miller, P.C.
200 Continental Drive
Suite 215
Newark, DE 19713

**WERB & SULLIVAN**

By: <u>   /s/ Amy D. Brown</u>
Amy D. Brown    (No. 4077)
Robert D. Wilcox (No. 4321)
Brian A. Sullivan (No. 2098)
300 Delaware Avenue, 13th Floor
P. O. Box 25046
Wilmington,  DE  19899
Telephone:  (302) 652-1100
Facsimile:   (302) 652-1111

Attorneys for ValueClick, Inc.