IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPIRIT AIRLINES, INC., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C. A. No. 07-341-SLR |
| | : |
| 24/7 REAL MEDIA, INC., et al., | : |
| | : |
| Defendants | : |

**SECOND SUPPLEMENTAL CERTIFICATE OF SERVICE**

I, Kathleen P. Makowski, Esquire, hereby certify that on the November 15, 2007, a true and correct copy of the **Order Rescheduling Default Hearing (DI #149)** was served by first class mail, postage prepaid, on the parties of record on the attached service list.

SAUL EWING LLP

*/s/ Kathleen P. Makowski*
Kathleen P. Makowski, Esquire (No. 3648)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, Delaware 19801-1611
(302) 421-6800 (phone)
(302) 421-6813 (fax)
kmakowski@saul.com (e-mail)

Attorneys for Plaintiff Spirit Airlines, Inc.

OF COUNSEL

Connie A. Lahn, Esquire
Fafinski Mark & Johnson, P.A.
Flagship Corporate Center
775 Prairie Center Drive, Suite 400
Eden Prairie, MN 55344

550138.4 11/16/07

## SECOND SUPPLEMENTAL SERVICE LIST

**Spirit Airlines, Inc. v. 24/7 Real Media, Inc., et al.**
**Court File No. 07-341-SLR**

**Third attempt of service:**
Intercept Interactive Inc.
c/o Margolis & Tisman LLP
280 Madison Ave, 5th Fl
New York, New York, 10016

Chairman or Chief Executive Officer
Intercept Interactive Inc.
270 Madison Ave, 19th Fl
New York, New York, 10016

550138.4 11/16/07