## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

SPIRIT AIRLINES, INC.,                                    :
                                                          :
        Plaintiff,                                    :
                                                          :
vs.                                                       :   CASE NO. 07-341 (SLR)
                                                          :
24/7 REAL MEDIA, INC.,                                    :
ADVERTISING.COM, INC., AMERICA                            :
ONLINE, INC. DBA AOL, BURST MEDIA                         :
CORPORATION, CARROLLTON BANK,                             :
CHEAPFLIGHTS (USA), INC., ECHO TARGET,                    :
INC., HOTWIRE, INC., INTERCEPT                            :
INTERACTIVE, INC., PRICELINE.COM, LLC,                    :
RACKSPACE, LTD., SHERMANS TRAVEL,                         :
INC., SIDESTEP, INC., SMARTER LIVING,                     :
INC., SPECIFICMEDIA, INC., TRAVEL                         :
MARKETING GROUP, INC., TRAVELZOO,                         :
INC., TRIBAL FUSION, INC., TRIPADVISOR                    :
LLC, VALUECLICK, INC., and THE WEATHER                    :
CHANNEL INTERACTIVE, INC.,                                :

        Defendants.

## ORDER

AND NOW, this _20th_ day of _November_____, 2007, Plaintiff, Spirit Airlines,

Inc., having filed a Motion for Entry of Default Judgment as to Defendant, Rackspace, Ltd., Inc.,

and the Court having considered Plaintiff's motion, **IT IS HEREBY ORDERED THAT**:

Plaintiff's Motion for Entry of Default Judgment against Defendant, Rackspace, Ltd.,

Inc., is GRANTED.

_____
The Honorable Susan L. Robinson

549673.1 7/3/07