## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

SPIRIT AIRLINES, INC.,                          :
                                                :
      Plaintiff,                         :
                                                :
vs.                                             :    CASE NO. 07-341 (SLR)
                                                :
24/7 REAL MEDIA, INC.,                          :
ADVERTISING.COM, INC., AMERICA                  :
ONLINE, INC. DBA AOL, BURST MEDIA              :
CORPORATION, CARROLLTON BANK,                   :
CHEAPFLIGHTS (USA), INC., ECHO TARGET,          :
INC., HOTWIRE, INC., INTERCEPT                  :
INTERACTIVE, INC., PRICELINE.COM, LLC,          :
RACKSPACE, LTD., SHERMANS TRAVEL,               :
INC., SIDESTEP, INC., SMARTER LIVING,           :
INC., SPECIFICMEDIA, INC., TRAVEL               :
MARKETING GROUP, INC., TRAVELZOO,               :
INC., TRIBAL FUSION, INC., TRIPADVISOR          :
LLC, VALUECLICK, INC., and THE WEATHER          :
CHANNEL INTERACTIVE, INC.,                      :

      Defendants.

## ORDER

AND NOW, this _20th_ day of _November_, 2007, Plaintiff, Spirit Airlines,

Inc., having filed a Motion for Entry of Default Judgment as to Defendant, Intercept Interactive,

Inc., and the Court having considered Plaintiff's motion, **IT IS HEREBY ORDERED THAT**:

     Plaintiff's Motion for Entry of Default Judgment against Defendant, Intercept Interactive,

Inc., is GRANTED.

_____
The Honorable Susan L. Robinson

549674.1 7/3/07