IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SPIRIT AIRLINES, INC., | : | |
| Plaintiff, | : | |
| vs. | : | CASE NO. 07-341 (SLR) |
| 24/7 REAL MEDIA, INC., ADVERTISING.COM, INC., AMERICA ONLINE, INC. DBA AOL, BURST MEDIA CORPORATION, CARROLLTON BANK, CHEAPFLIGHTS (USA), INC., ECHO TARGET, INC., HOTWIRE, INC., INTERCEPT INTERACTIVE, INC., PRICELINE.COM, LLC, RACKSPACE, LTD., SHERMANS TRAVEL, INC., SIDESTEP, INC., SMARTER LIVING, INC., SPECIFICMEDIA, INC., TRAVEL MARKETING GROUP, INC., TRAVELZOO, INC., TRIBAL FUSION, INC., TRIPADVISOR LLC, VALUECLICK, INC., and THE WEATHER CHANNEL INTERACTIVE, INC., | : | |
| Defendants. | | |

## ORDER

AND NOW, this 20th day of November, 2007, Plaintiff, Spirit Airlines, Inc., having filed a Motion for Entry of Default Judgment as to Defendant, TravelZoo, Inc., and the Court having considered Plaintiff's motion, **IT IS HEREBY ORDERED THAT**:

Plaintiff's Motion for Entry of Default Judgment against Defendant, TravelZoo, Inc., is GRANTED.

_____
The Honorable Susan L. Robinson

549671.1 7/3/07