IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPIRIT AIRLINES, INC., : | |
| : | |
| Plaintiff, : | |
| : | |
| vs. : | CASE NO. 07-341 (SLR) |
| : | |
| 24/7 REAL MEDIA, INC., : | |
| ADVERTISING.COM, INC., AMERICA : | |
| ONLINE, INC. DBA AOL, BURST MEDIA : | |
| CORPORATION, CARROLLTON BANK, : | |
| CHEAPFLIGHTS (USA), INC., ECHO TARGET, : | |
| INC., HOTWIRE, INC., INTERCEPT : | |
| INTERACTIVE, INC., PRICELINE.COM, LLC, : | |
| RACKSPACE, LTD., SHERMANS TRAVEL, : | |
| INC., SIDESTEP, INC., SMARTER LIVING, : | |
| INC., SPECIFICMEDIA, INC., TRAVEL : | |
| MARKETING GROUP, INC., TRAVELZOO, : | |
| INC., TRIBAL FUSION, INC., TRIPADVISOR : | |
| LLC, VALUECLICK, INC., and THE WEATHER : | |
| CHANNEL INTERACTIVE, INC., : | |
| : | |
| Defendants. | |

## ORDER

AND NOW, this 20th day of November, 2007, Plaintiff, Spirit Airlines, Inc., having filed a Motion for Entry of Default Judgment as to Defendant, Cheapflights (USA), Inc., and the Court having considered Plaintiff's motion, **IT IS HEREBY ORDERED THAT**:

Plaintiff's Motion for Entry of Default Judgment against Defendant, Cheapflights (USA), Inc., is GRANTED.

_____
The Honorable Susan L. Robinson

549676.1 7/3/07