D.I. #_____

# CIVIL ACTION
# NUMBER: 07cv 341 SLR

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

| U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT | |
|---|---|
| (Domestic Mail Only; No Insurance Coverage Provided) | |
| Postage | $ 41 |
| Certified Fee | 2.65 |
| Return Reciept Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.21 |
| Sent To | Intercept Interactive Inc. |
| Street, Apt. No.; or PO Box No. | 270 Madison Ave, 9th Flr. |
| City, State, ZIP+4 | New York, New York 10016 |

Article number: 7002 2030 0003 0326 5504

Postmark: RODNEY SQ STA WILMINGTON DE 19801

07-341-SLR

PS Form 3800, June 2002 — See Reverse for Instructions

D.I. # _____

# CIVIL ACTION
# NUMBER: _____07CV 341 SLR_____

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

| U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT | |
|---|---|
| Postage | $ .41 |
| Certified Fee | 2.65 |
| Return Reciept Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.21 |

Sent To: Intercept Interactive, Inc. c/o Margolis + Tisman
Street, Apt. No.; or PO Box No.: 280 Madison Ave. 5th Fl.
City, State, ZIP+4: New York, New York 10016

Article Number: 7002 2030 0003 0326 5498

Postmark: RODNEY SQ STA WILMINGTON, 07-341-SLR

PS Form 3800, June 2002   See Reverse for Instructions