D.I. # _____

# CIVIL ACTION
# NUMBER: _____07cv341   SLR_____

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 41 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.21 |

07-341-SLR

Sent To: Cheap Flights USA Inc.
Street, Apt. No.; or PO Box No.: 24 School Str.
City, State, ZIP+4: Boston, MA 02108

PS Form 3800, June 2002          See Reverse for Instructions