IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SPIRIT AIRLINES, INC., :
:
      Plaintiff, :
:
v. : C. A. No. 07-341
:
24/7 REAL MEDIA, INC., et al., : (Transferred from the United
: States District Court for the
      Defendants : Southern District of Florida,
: Division, Case # 07-60399-CIV)

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admissions *pro hac vice* of the following counsel to represent Plaintiff Spirit Airlines, Inc. in this matter: David E. Runck, Esquire of Fafinski, Mark & Johnson, P.A.

In accordance with Standing Order for District Court Fund effective January 1, 2005, movant states that the annual fee of $25.00 per attorney will be submitted to the Clerk's office with this Motion.

                                SAUL EWING LLP

                                /s/ Kathleen P. Makowski

                                Kathleen P. Makowski, Esquire (No. 3648)
                                222 Delaware Avenue, Suite 1200
                                P.O. Box 1266
                                Wilmington, Delaware 19801-1611
                                (302) 421-6800 (phone)
                                (302) 421-6813 (fax)
                                kmakowski@saul.com (e-mail)

                                Attorneys for Plaintiff Spirit Airlines, Inc.

OF COUNSEL

Connie A. Lahn, Esquire
David E. Runck, Esquire
Fafinski Mark & Johnson, P.A.
Flagship Corporate Center
775 Prairie Center Drive, Suite 400
Eden Prairie, MN 55344

DATED:     November _____, 2007

    IT IS HEREBY ORDERED that counsel's Motion for Admission *pro hac vice* is granted.

Date: _____          _____
                                                                             J.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Minnesota and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: 11/19/07

David E. Runck, Esquire
Fafinski Mark & Johnson, P.A.
Flagship Corporate Center
775 Prairie Center Drive, Suite 400
Eden Prairie, MN 55344

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SPIRIT AIRLINES, INC., :
:
      Plaintiff, :
:
v. : C. A. No. 07-341
:
24/7 REAL MEDIA, INC., et al., : (Transferred from the United
: States District Court for the
      Defendants : Southern District of Florida,
: Division, Case # 07-60399-CIV)

## CERTIFICATE OF SERVICE

I, Kathleen P. Makowski, Esquire, hereby certify that on this 21st day of November, 2007, I electronically filed a true and correct copy of the foregoing *Motion for Admission Pro Hac Vice of David E. Runck* with the Clerk of Court using CM/ECF which will send notification of such filing. A copy of the document was served on the following attorney(s) of record via First Class U.S. Mail, postage prepaid:

Marcos Alexis Ramos, Esquire
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899

Katharine L. Mayer, Esquire
McCarter & English, LLP
Renaissance Center
405 N. King St., 8th Floor
Wilmington, Delaware 19801

William D. Sullivan, Esquire
William D. Sullivan, LLC
4 East 8th Street,. Suite 400
Wilmington, Delaware 19801

Erica N. Finnegan, Esquire
Cross & Simon, LLC
913 North Market Street, 11th Floor
Wilmington, Delaware 19801

Adam R. Elgart, Esquire
Mattleman, Weinroth & Miller, P.C.
200 Continental Drive
Suite 215
Newark, DE 19713

Christopher D. Loizides, Esquire
Loizides & Associates
1225 King Street, Suite 800
Wilmington, Delaware 19801

551496.1 11/21/07

Robert J. Stearn, Jr., Esquire
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899

Edward M. McNally, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899-2306

Fotini Antonia Skouvakis, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899-2306

Amy Denise Brown
Werb & Sullivan
300 Delaware Avenue, 10th Floor
P.O. Box 25046
Wilmington, Delaware 19899

Francis Sexton, Esquire
Sanjukta Sen, Esquire
Concepcion, Sexton & Martinez
355 Alhambra Circle
Suite 1250
Coral Gables, Florida 33134

Peter Wucetich, Esquire
Stradling, Yocca, Carlson & Rauth
Orange County Office
660 Newport Center Drive Suite 1600
Newport Beach, CA 92660

SAUL EWING LLP

/s/ Kathleen P. Makowski

Kathleen P. Makowski, Esquire (No. 3648)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, Delaware  19801-1611
(302) 421-6800 (phone)
(302) 421-6813 (fax)
kmakowski@saul.com (e-mail)

Attorneys for Plaintiff Spirit Airlines, Inc.

OF COUNSEL

Connie A. Lahn, Esquire
David E. Runck, Esquire
Fafinski Mark & Johnson, P.A.
Flagship Corporate Center
775 Prairie Center Drive, Suite 400
Eden Prairie, MN 55344