D.I. #_____

# CIVIL ACTION NUMBER: 07CV341 SLR

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .41 |
| Certified Fee | 2.65 |
| Return Reciept Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.21 |

Postmark Here: WASHINGTON DC, NOV 21 2007

07-341-SLR

Sent To: Travel Zoo Inc.
Street, Apt. No.; or PO Box No.: 590 Madison Ave., 21st Fl.
City, State, ZIP+4: New York NY 10022

Article Number: 7003 1680 0002 2585 9493

PS Form 3800, June 2002  See Reverse for Instructions