D.I. #_____

# CIVIL ACTION NUMBER: 07CV341 SLR

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .41 |
| Certified Fee | 2.65 |
| Return Reciept Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.21 |

Postmark: RODNEY SQ STA, WILMINGTON DE 19801, NOV 2007

Article number: 7003 1680 0002 2585 9486

07-341-SLR

Sent To: Sherman's Travel Inc.
Street, Apt. No.; or PO Box No.: 255 W 36th St, 15th Fl.
City, State, ZIP+4: New York, NY 10018

PS Form 3800, June 2002      See Reverse for Instructions