D.I. # _____

# CIVIL ACTION
# NUMBER: _____ 07CV341   SLR _____

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .41 |
| Certified Fee | 2.65 |
| Return Reciept Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.21 |

07-341-SLR

Sent To Travel Marketing Inc.
Street, Apt. No.; or PO Box No. 5525 Meredith Dr., Suite C
City, State, ZIP+4 Des Moines IA 50310

PS Form 3800, June 2002                See Reverse for Instructions