D.I. #_____

# CIVIL ACTION NUMBER: 07-341 SCR

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .41 |
| Certified Fee | 2.65 |
| Return Reciept Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $5.21 |

Postmark Here — RODNEY SQ STA WILMINGTON DE, NOV 21 2007, 19861

Civ No. 07-341-SLR

Sent To: Tribal Fusion Inc
Street, Apt. No.; or PO Box No. 2087 Key Blvd.
City, State, ZIP+4: El Cerrito, CA 94530

PS Form 3800, June 2002    See Reverse for Instructions

7002 2030 0003 0326 5528