D.I. #_____

# CIVIL ACTION NUMBER: 07-341 SLR

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 41 |
| Certified Fee | 2.65 |
| Return Reciept Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.21 |

Postmark Here — NOV 2007, Rodney Sq Sta, Wilmington, DE 19801

07-341-SLR

Sent To: Rackspace Ltd.
Street, Apt. No.; or PO Box No.: 9725 Datapoint Dr. Suite 100
City, State, ZIP+4: San Antonio, TX 78229

PS Form 3800, June 2002    See Reverse for Instructions

Article number: 7003 1680 0002 2585 9509