Scanned

United States District Court

For the District of Delaware



RECEIVED
NOV 29 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Acknowledgement of Service Form
## For Service By Return Receipt

SS

Civil Action No. 07-341

Attached below is a return receipt card reflecting proof of service
upon the named party on the date show.

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X Alberto I Nino  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>ALBERTO I NINO   11/24/07 |
| 1. Article Addressed to:<br><br>Rackspace, Ltd.<br>9725 Datapoint Dr., Suite 100<br>San Antonio, TX 78229 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 1680 0002 2585 9509 |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540