United States District Court
For the District of Delaware



scanned

RECEIVED
NOV 29 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Acknowledgement of Service Form
For Service By Return Receipt

Civil Action No. 07-341

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X _Joan Howe_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) JOAN HOWE  C. Date of Delivery 11-26-07 |
| 1. Article Addressed to:<br><br>Travel Marketing Group, Inc.<br>5525 Meredith Dr., Suite C<br>Des Moines, IA 50310 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number  (Transfer from service label) | 7003 1680 0002 2585 9592 |
| PS Form 3811, February 2004 | Domestic Return Receipt  102595-02-M-1540 |