UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | CIVIL ACTION |
| SPIRIT AIRLINES, INC., ) | |
| ) | Docket No. 1:07-cv-00341-SLR |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| 24/7 REAL MEDIA, INC., ADVERTISING.COM, ) | |
| INC., AMERICA ONLINE, INC. dba AOL, BURST ) | |
| MEDIA CORORATION, CARROLLTON BANK, ) | |
| CHEAPFLIGHTS (USA), INC., ECHO TARGET, ) | |
| INC., HOTWIRE, INC., PRICELINE.COM, LLC, ) | |
| INTERCEPT INTERACTIVE, INC., RACKSPACE, ) | |
| LTD. SHERMANS TRAVEL, INC., SIDESTEP, ) | |
| INC., SMARTER LIVING, INC., SPECIFICMEDIA, ) | |
| INC.,TRAVEL MARKETING GROUP, INC., ) | |
| TRAVELZOO, INC., TRIBAL FUSION, INC., ) | |
| TRIPADVISOR LLC, VALUECLICK, INC., AND ) | |
| WEATHER CHANNEL INTERACTIVE, INC., ) | |
| ) | |
| Defendants. ) | |

## RESPONSE TO MOTION FOR ADMISSION PRO HAC VICE

Defendant, THE WEATHER CHANNEL INTERACTIVE, INC., by and through its undersigned counsel, does not oppose to the admission pro hac vice of David E. Runck, Esquire, of Fafinski, Mark & Johnson, P.A., as counsel for Plaintiff, SPIRIT AIRLINES, INC. as filed by Kathleen P. Makowski, Esquire.

Respectfully submitted,

Dated: *11/28/07*

__/s/ Adam R. Elgart____
Adam R. Elgart, Esquire
Attorney I.D. No. 3372
MATTLEMAN, WEINROTH & MILLER
200 Continental Drive, Ste 215
New Castle, DE 19713
(302) 731-8349
Counsel for The Weather Channel