United States District Court
For the District of Delaware



Acknowledgement of Service Form  ss
For Service By Return Receipt   scanned

Civil Action No. 07cv341

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X [signature] MScott  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) MScott   C. Date of Delivery 11/26 |
| 1. Article Addressed to:<br><br>Chairman or Chief Executive Officer<br>Intercept Interactive Inc.<br>270 Madison Ave, 19th Fl<br>New York, New York, 10016 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7002 2030 0003 0326 5504 |

PS Form 3811, August 2001         Domestic Return Receipt         102595-02-M-1540