United States District Court
For the District of Delaware



## Acknowledgement of Service Form
## For Service By Return Receipt

Scanned

Civil Action No. 07CV341
SLR

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>_[illegible]_   11/26 |
| 1. Article Addressed to:<br><br>Intercept Interactive Inc.<br>c/o Margolis & Tisman LLP<br>280 Madison Ave, 5th Fl<br>New York, New York, 10016 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7002 2030 0003 0326 5498 |
| PS Form 3811, August 2001 | Domestic Return Receipt   102595-02-M-1540 |