United States District Court
For the District of Delaware


RECEIVED
DEC 3 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Acknowledgement of Service Form
### For Service By Return Receipt  scanned

Civil Action No. 07CV341
SLR

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 If Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X E. Morgan  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  Date of Delivery  11-26-07 |
| 1. Article Addressed to:<br><br>TravelZoo Inc.<br>590 Madison Ave., 21st Floor<br>New York, NY 10022 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 1680 0002 2585 9493 |
| PS Form 3811, February 2004 | Domestic Return Receipt  102595-02-M-1540 |