**CERTIFIED MAIL**

7002 2030 0003 0326 5528

Office of the Clerk
United States District Court
N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

Civ. No. 07-341-SLR

Tribal Fusion, Inc.
2087 Key Blvd.
El Cerrito, CA 94530

NIXIE    945    00    1    30  12/01/07
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 19801957018   *1127-01809-21-43

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Tribal Fusion, Inc.
   2087 Key Blvd.
   El Cerrito, CA 94530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X
   ☐ Agent
   ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)
   7002 2030 0003 0326 5528

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPIRIT AIRLINES, INC., : | |
|     Plaintiff, : | |
| vs. : | CASE NO. 07-341 (SLR) |
| 24/7 REAL MEDIA, INC., : <br> ADVERTISING.COM, INC., AMERICA : <br> ONLINE, INC. DBA AOL, BURST MEDIA : <br> CORPORATION, CARROLLTON BANK, : <br> CHEAPFLIGHTS (USA), INC., ECHO TARGET, : <br> INC., HOTWIRE, INC., INTERCEPT : <br> INTERACTIVE, INC., PRICELINE.COM, LLC, : <br> RACKSPACE, LTD., SHERMANS TRAVEL, : <br> INC., SIDESTEP, INC., SMARTER LIVING, : <br> INC., SPECIFICMEDIA, INC., TRAVEL : <br> MARKETING GROUP, INC., TRAVELZOO, : <br> INC., TRIBAL FUSION, INC., TRIPADVISOR : <br> LLC, VALUECLICK, INC., and THE WEATHER : <br> CHANNEL INTERACTIVE, INC., : |  |
|     Defendants. : | |

## ORDER

AND NOW, this _20th_ day of _November_, 2007, Plaintiff, Spirit Airlines, Inc., having filed a Motion for Entry of Default Judgment as to Defendant, Tribal Fusion, Inc., and the Court having considered Plaintiff's motion, **IT IS HEREBY ORDERED THAT:**

Plaintiff's Motion for Entry of Default Judgment against Defendant, Tribal Fusion, Inc., is GRANTED.

_____
The Honorable Sue L. Robinson

551538.1 9/7/07