IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SPIRIT AIRLINES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-cv-00341 SLR |
| | ) | |
| 24/7 REAL MEDIA, INC., ADVERTISING.COM, INC., AMERICA ONLINE, INC. d/b/a AOL, BURST MEDIA CORPORATION, CARROLLTON BANK, CHEAPFLIGHTS (USA), INC., ECHO TARGET, INC., HOTWIRE, INC., PRICELINE.COM LLC, INTERCEPT INTERACTIVE, INC., RACKSPACE, LTD, SHERMANS TRAVEL, INC., SIDESTEP, INC., SMARTER LIVING, INC., SPECIFICMEDIA, INC., TRAVEL MARKETING GROUP, INC., TRAVELZOO, INC., TRIBAL FUSION, INC., TRIPADVISOR LLC, VALUECLICK ,INC., and WEATHER CHANNEL INTERACTIVE, INC., | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

Please enter the appearance of Christopher D. Loizides, Esquire of Loizides P.A. and Andrew P. Karamouzis, Esquire of Moran Karamouzis LLP to represent defendant 24/7 Real Media, Inc. in the above-captioned matter. Please serve all papers, pleadings, notices and other documents upon counsel at the addresses stated below:

| | |
|---|---|
| Christopher D. Loizides, Esquire<br>LOIZIDES, P.A.<br>1225 King Street, Suite 800<br>Wilmington, DE 19801<br>Telephone: (302) 654-0248<br>Facsimile: (302) 654-0728<br>Email: loizides@loizides.com | Andrew P. Karamouzis, Esquire<br>MORAN KARAMOUZIS LLP<br>265 Sunrise Highway, Suite 61<br>Rockville Centre, NY 11570<br>Telephone: (516) 678-6660<br>Facsimile: (516) 678-6661<br>Email: akaramouzis@mka-law.com |

This entry of appearance shall not be deemed to be a submission to the jurisdiction of the District Court, a waiver of the defenses of lack of personal jurisdiction or lack of service or of any other defense, claim or right without any limitation whatsoever.

DATED: December 27, 2007

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE  19801
Telephone:	(302) 654-0248
Facsimile:	(302) 654-0728
Email:		loizides@loizides.com

*Counsel for Defendants 24/7 Real Media, Inc.*

## CERTIFICATE OF SERVICE

I, Christopher D. Loizides, hereby certify that on the 27th day of December, 2007, I did cause to be served copies of the foregoing on the parties listed and in the manner indicated below:

### VIA FIRST CLASS MAIL

Kathleen P. Makowski, Esquire
Saul Ewing LLP
222 Delaware Ave. # 1200
P.O. Box 1266
Wilmington, DE  19899-1266

Robert J. Stearn, Jr., Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899-0551

Edward M. McNally, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE  19899-2306

Katherine L. Mayer, Esquire
McCarter & English, LLP
Renaissance Centre
405 No. King Street, 8th Floor
Wilmington, DE  19801

Robert Parsons, Esquire
Rogers Moore & Rogers, LLP
6 So. Calvert
Baltimore, MD 21202

William D. Sullivan, Esquire
William D. Sullivan, LLC
4 East 8th St., Suite 400
Wilmington, DE  19801

Christopher D. Loizides, Esquire
Loizides, P.A.
1225 King Street, Suite 800
Wilmington, DE  19801

Erica N. Finnegan, Esquire
Cross & Simon, LLC
913 No. Market Street, 11th Floor
Wilmington, DE  19801

Amy Denise Brown, Esquire
Brian A. Sullivan, Esquire
Robert Drake Wilcox, Esquire
Werb & Sullivan
300 Delaware Ave., 10th Floor
P.O. Box 25046
Wilmington, DE  19899-5046

Adam R. Elgart, Esquire,
Mattleman, Weinroth & Miller, P.C.
200 Continental Drive, Suite 215
Newark, DE  19713

DATED: December 27, 2007

_____
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE  19801
Telephone:   (302) 654-0248
Facsimile:   (302) 654-0728
E-mail:      loizides@loizides.com