## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

SPIRIT AIRLINES, INC.,         )
                                      )

                Plaintiff,       )

                                      )

           v.                 )      Civil Action No. 07-cv-00341 SLR

                                      )

24/7 REAL MEDIA, INC., ADVERTISING.COM, )
INC., AMERICA ONLINE, INC. d/b/a AOL,    )
BURST MEDIA CORPORATION, CARROLLTON   )
BANK, CHEAPFLIGHTS (USA), INC., ECHO     )
TARGET, INC., HOTWIRE, INC., PRICELINE.COM )
LLC, INTERCEPT INTERACTIVE, INC.,        )
RACKSPACE, LTD, SHERMANS TRAVEL, INC.,  )
SIDESTEP, INC., SMARTER LIVING, INC.,     )
SPECIFICMEDIA, INC., TRAVEL MARKETING   )
GROUP, INC., TRAVELZOO, INC., TRIBAL     )
FUSION, INC.,  TRIPADVISOR LLC,         )
VALUECLICK ,INC., and WEATHER CHANNEL   )
INTERACTIVE, INC.,                )

                                      )

                Defendants.   )

### MOTION AND ORDER FOR *PRO HAC VICE*

      Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Andrew P. Karamouzis, Esquire to represent defendants 27/4 Real Media, Inc. in this matter.

DATED:  January 2, 2008

                                   
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE  19801
Telephone:    (302) 654-0248
Facsimile:     (302) 654-0728
Email:         loizides@loizides.com

*Counsel for Defendants 24/7 Real Media, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion to admission *pro hac vice* is

GRANTED.

DATED: _____

                                    _____

                                    Honorable Sue L. Robinson
                                    United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am

admitted, practicing and in good standing as a member of the Bar of the State of New York and,

pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged

misconduct which occurs in the preparation or course of this action.  I also certify that I am

generally familiar with this Court's Local Rules.  In accordance with the Standing Order for

District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will

be submitted to the District Court Clerk's Office upon the filing of this motion.

DATED: December 28, 2007

                                    _____
                                    Andrew P. Karamouzis (NY Bar No. 9332)
                                    MORAN KARAMOUZIS LLP
                                    265 Sunrise Highway, Suite 61
                                    Rockville Centre, NY  11570
                                    Telephone:    (516) 678-6660
                                    Facsimile:    (516) 678-6661

## CERTIFICATE OF SERVICE

I, Christopher D. Loizides, hereby certify that on the 2nd day of January, 2008, I did cause to be served copies of the foregoing on the parties listed and in the manner indicated below:

## VIA FIRST CLASS MAIL

Kathleen P. Makowski, Esquire
Saul Ewing LLP
222 Delaware Ave. # 1200
P.O. Box 1266
Wilmington, DE 19899-1266

William D. Sullivan, Esquire
William D. Sullivan, LLC
4 East 8th St., Suite 400
Wilmington, DE 19801

Robert J. Stearn, Jr., Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551

Christopher D. Loizides, Esquire
Loizides, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801

Edward M. McNally, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

Erica N. Finnegan, Esquire
Cross & Simon, LLC
913 No. Market Street, 11th Floor
Wilmington, DE 19801

Katherine L. Mayer, Esquire
McCarter & English, LLP
Renaissance Centre
405 No. King Street, 8th Floor
Wilmington, DE 19801

Amy Denise Brown, Esquire
Brian A. Sullivan, Esquire
Robert Drake Wilcox, Esquire
Werb & Sullivan
300 Delaware Ave., 10th Floor
P.O. Box 25046
Wilmington, DE 19899-5046

Robert Parsons, Esquire
Rogers Moore & Rogers, LLP
6 So. Calvert
Baltimore, MD 21202

Adam R. Elgart, Esquire,
Mattleman, Weinroth & Miller, P.C.
200 Continental Drive, Suite 215
Newark, DE 19713

DATED: January 2, 2008

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:    (302) 654-0248
Facsimile:    (302) 654-0728
E-mail:        loizides@loizides.com