IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPIRIT AIRLINES, INC., | : |
| Plaintiff, | : |
| v. | : C. A. No. 07-341-SLR |
| 24/7 REAL MEDIA, INC., et al., | : |
| Defendants | : |

## NOTICE OF SERVICE

I, Kathleen P. Makowski, Esquire, hereby certify that on January 16, 2008, I caused a true and correct copy of *Plaintiff Spirit Airline, Inc.'s Request for Production of Documents to Defendant The Weather Channel Interactive, Inc.* and a true and correct copy of *Plaintiff Spirit Airline, Inc.'s Interrogatories Directed to Defendant The Weather Channel Interactive, Inc.* to be served via first class U.S. Mail, postage prepaid on the parties of record on the attached service list.

SAUL EWING LLP

*/s/ Kathleen P. Makowski*
Kathleen P. Makowski, Esquire (No. 3648)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, Delaware 19801-1611
(302) 421-6800 (phone)
(302) 421-6813 (fax)
kmakowski@saul.com (e-mail)

*Attorneys for Plaintiff Spirit Airlines, Inc.*

OF COUNSEL

Connie A. Lahn, Esquire
David E. Runck, Esquire
Fafinski Mark & Johnson, P.A.
Flagship Corporate Center
775 Prairie Center Drive, Suite 400
Eden Prairie, MN 55344

555565.1 1/16/08

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SPIRIT AIRLINES, INC., :
:
Plaintiff, :
:
v. : C. A. No. 07-341-SLR
:
24/7 REAL MEDIA, INC., et al., :
:
Defendants :

## SERVICE LIST

| | |
|---|---|
| William D. Sullivan, Esquire<br>William D. Sullivan, LLC<br>4 East 8th Street, Suite 400<br>Wilmington, DE 19801<br><br>**Counsel for Priceline.com LLC** | Donald L. Kidd, Jr., Esquire<br>Squire, Sanders & Dempsey, L.L.P.<br>8000 Towers Crescent Drive, 14th Floor<br>Tysons Corner, VA 22182<br><br>**Counsel for Burst Media Corporation** |
| Adam R. Elgart, Esquire<br>Mattleman, Weinroth & Miller, P.C.<br>200 Continental Drive, Suite 215<br>Newark, DE 19713<br><br>**Counsel for:**<br>**Weather Channel Interactive Inc.** | Francis X. Sexton, Esquire<br>Sanjukta Sen, Esquire<br>Concepcion Sexton & Martinez<br>355 Alhambra Circle, Suite 1250<br>Coral Gables, FL 33134<br><br>**Counsel for Valueclick Inc.** |
| Christopher D. Loizides, Esquire<br>Loizides & Associates<br>1225 North King Street, Suite 800<br>Wilmington, DE 19801<br><br>**Counsel for SideStep Inc.** | Erica N. Finnegan, Esquire<br>Cross & Simon, LLC<br>913 North Market Street, 11th Floor<br>Wilmington, DE 19801<br><br>**Counsel for SpecificMedia Inc.** |
| Amy D. Brown, Esquire<br>Werb & Sullivan<br>300 Delaware Avenue, 13th Floor<br>Wilmington, DE 19801<br><br>**Counsel for Valueclick Inc.** | Robert J. Parsons, Esquire<br>Rogers, Moore & Rogers, LLP<br>Six South Calvert<br>Baltimore, MD 21202<br><br>**Counsel for Carrollton Bank** |

| | |
|---|---|
| Connie A. Lahn, Esquire<br>Fafinski, Mark & Johnson, P.A.<br>Flagship Corporate Center<br>775 Prairie Center Drive, Suite 400<br>Eden Prairie, MN 55344<br><br>**Counsel for Spirit Airlines Inc.** | Katharine L. Mayer, Esquire<br>McCarter & English, LLP<br>8th Floor, Renaissance Centre<br>405 North King Street<br>Wilmington, DE 19801<br><br>**Counsel for Carrollton Bank** |
| Robert J. Stearn, Jr., Esquire<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br><br>**Counsel for:**<br>**Advertising.com Inc.**<br>**America Online Inc.**<br>**Trip Advisor LLC** | Edward M. McNally, Esquire<br>Fotini A. Skouvakis, Esquire<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19899-2306<br><br>**Counsel for:**<br>**Burst Media Corporation** |
| Andrew P. Karamouzis, Esq.<br>Moran Karamouzis LLP<br>265 Sunrise Highway, Suite 61<br>Rockville Centre, NY 11570<br><br>**Counsel for 24/7** | Steven J. Lachterman<br>Steven J. Lachterman, P.A.<br>848 Brickell Avenue, Suite 750<br>Miami, FL 33131<br><br>**Counsel for Smarter Living** |
| Peter Wucetich, Esquire<br>Stradling, Yocca, Carlson & Rauth<br>Orange County Office<br>660 Newport Center Drive Suite 1600<br>Newport Beach, CA 92660<br><br>**Counsel for SpecificMedia Inc.** | CheapFlights (USA) Inc.<br>Corporation Service Company<br>2711 Centerville Rd, Suite 400<br>Wilmington, DE 19808 |
| Intercept Interactive Inc.<br>c/o Margolis & Tisman LLP<br>280 Madison Ave, 5th Fl<br>New York, New York, 10016 | Rackspace, Ltd.<br>9725 Datapoint Dr., Suite 100<br>San Antonio, TX 78229 |
| Travel Marketing Group, Inc.<br>c/o Michael D. Devolder<br>4124 Beaver Avenue<br>Des Moines, IA 50310 | TravelZoo Inc.<br>Corporation Service Company<br>80 State Street<br>Albany, NY 12207-2543 |
| Tribal Fusion, Inc.<br>c/o Dilip Dasilva, Registered Agent<br>613 Curtis Street<br>Albany, CA 94706 | Sherman's Travel, Inc.<br>56 West 88th Street<br>New York, NY 10024 |

555565.1 1/16/08

| Travel Marketing Group, Inc.<br>5525 Meredith Dr., Suite C<br>Des Moines, IA  50310 | Chairman or Chief Executive Officer<br>Intercept Interactive Inc.<br>270 Madison Ave, 19th Fl<br>New York, New York, 10016 |

555565.1 1/16/08

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SPIRIT AIRLINES, INC., | : | |
| Plaintiff, | : | |
| v. | : | C. A. No. 07-341-SLR |
| 24/7 REAL MEDIA, INC., et al., | : | |
| Defendants | : | |

**CERTIFICATE OF SERVICE**

I, Kathleen P. Makowski, Esquire, hereby certify that on January 16, 2008, I caused a true and correct copy of the foregoing *Notice of Service of Plaintiff Spirit Airline, Inc.'s Request for Production of Documents to Defendant The Weather Channel Interactive, Inc. and Plaintiff Spirit Airline, Inc.'s Interrogatories Directed to Defendant The Weather Channel Interactive, Inc.* to be filed with the Clerk of Court using CM/ECF which will send notification of such filing. A copy of the document was also served via first class U.S. Mail, postage prepaid on the parties of record on the attached service list.

SAUL EWING LLP

/s/ Kathleen P. Makowski
Kathleen P. Makowski, Esquire (No. 3648)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, Delaware 19801-1611
(302) 421-6800 (phone)
(302) 421-6813 (fax)
kmakowski@saul.com (e-mail)

*Attorneys for Plaintiff Spirit Airlines, Inc.*

OF COUNSEL

Connie A. Lahn, Esquire
David E. Runck, Esquire
Fafinski Mark & Johnson, P.A.
Flagship Corporate Center
775 Prairie Center Drive, Suite 400
Eden Prairie, MN 55344

555565.1 1/16/08

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SPIRIT AIRLINES, INC.,

    Plaintiff,

v.

24/7 REAL MEDIA, INC., et al.,

    Defendants

: C. A. No. 07-341-SLR

## SERVICE LIST

| | |
|---|---|
| William D. Sullivan, Esquire<br>William D. Sullivan, LLC<br>4 East 8th Street, Suite 400<br>Wilmington, DE 19801<br><br>**Counsel for Priceline.com LLC** | Donald L. Kidd, Jr., Esquire<br>Squire, Sanders & Dempsey, L.L.P.<br>8000 Towers Crescent Drive, 14th Floor<br>Tysons Corner, VA 22182<br><br>**Counsel for Burst Media Corporation** |
| Adam R. Elgart, Esquire<br>Mattleman, Weinroth & Miller, P.C.<br>200 Continental Drive, Suite 215<br>Newark, DE 19713<br><br>**Counsel for:**<br>**Weather Channel Interactive Inc.** | Francis X. Sexton, Esquire<br>Sanjukta Sen, Esquire<br>Concepcion Sexton & Martinez<br>355 Alhambra Circle, Suite 1250<br>Coral Gables, FL 33134<br><br>**Counsel for Valueclick Inc.** |
| Christopher D. Loizides, Esquire<br>Loizides & Associates<br>1225 North King Street, Suite 800<br>Wilmington, DE 19801<br><br>**Counsel for SideStep Inc.** | Erica N. Finnegan, Esquire<br>Cross & Simon, LLC<br>913 North Market Street, 11th Floor<br>Wilmington, DE 19801<br><br>**Counsel for SpecificMedia Inc.** |
| Amy D. Brown, Esquire<br>Werb & Sullivan<br>300 Delaware Avenue, 13th Floor<br>Wilmington, DE 19801<br><br>**Counsel for Valueclick Inc.** | Robert J. Parsons, Esquire<br>Rogers, Moore & Rogers, LLP<br>Six South Calvert<br>Baltimore, MD 21202<br><br>**Counsel for Carrollton Bank** |

| | |
|---|---|
| Connie A. Lahn, Esquire<br>Fafinski, Mark & Johnson, P.A.<br>Flagship Corporate Center<br>775 Prairie Center Drive, Suite 400<br>Eden Prairie, MN 55344<br><br>**Counsel for Spirit Airlines Inc.** | Katharine L. Mayer, Esquire<br>McCarter & English, LLP<br>8th Floor, Renaissance Centre<br>405 North King Street<br>Wilmington, DE 19801<br><br>**Counsel for Carrollton Bank** |
| Robert J. Stearn, Jr., Esquire<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br><br>**Counsel for:**<br>**Advertising.com Inc.**<br>**America Online Inc.**<br>**Trip Advisor LLC** | Edward M. McNally, Esquire<br>Fotini A. Skouvakis, Esquire<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19899-2306<br><br>**Counsel for:**<br>**Burst Media Corporation** |
| Andrew P. Karamouzis, Esq.<br>Moran Karamouzis LLP<br>265 Sunrise Highway, Suite 61<br>Rockville Centre, NY 11570<br><br>**Counsel for 24/7** | Steven J. Lachterman<br>Steven J. Lachterman, P.A.<br>848 Brickell Avenue, Suite 750<br>Miami, FL 33131<br><br>**Counsel for Smarter Living** |
| Peter Wucetich, Esquire<br>Stradling, Yocca, Carlson & Rauth<br>Orange County Office<br>660 Newport Center Drive Suite 1600<br>Newport Beach, CA 92660<br><br>**Counsel for SpecificMedia Inc.** | CheapFlights (USA) Inc.<br>Corporation Service Company<br>2711 Centerville Rd, Suite 400<br>Wilmington, DE 19808 |
| Intercept Interactive Inc.<br>c/o Margolis & Tisman LLP<br>280 Madison Ave, 5th Fl<br>New York, New York, 10016 | Rackspace, Ltd.<br>9725 Datapoint Dr., Suite 100<br>San Antonio, TX 78229 |
| Travel Marketing Group, Inc.<br>c/o Michael D. Devolder<br>4124 Beaver Avenue<br>Des Moines, IA 50310 | TravelZoo Inc.<br>Corporation Service Company<br>80 State Street<br>Albany, NY 12207-2543 |
| Tribal Fusion, Inc.<br>c/o Dilip Dasilva, Registered Agent<br>613 Curtis Street<br>Albany, CA 94706 | Sherman's Travel, Inc.<br>56 West 88th Street<br>New York, NY 10024 |

555565.1 1/16/08

| | |
|---|---|
| Travel Marketing Group, Inc.<br>5525 Meredith Dr., Suite C<br>Des Moines, IA  50310 | Chairman or Chief Executive Officer<br>Intercept Interactive Inc.<br>270 Madison Ave, 19th Fl<br>New York, New York, 10016 |

555565.1 1/16/08