IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPIRIT AIRLINES, INC.,<br><br>  Plaintiff,<br><br>vs.<br><br>24/7 REAL MEDIA, INC., ADVERTISING.COM, INC., AMERICA ONLINE, INC. DBA AOL, BURST MEDIA CORPORATION, CARROLLTON BANK, CHEAPFLIGHTS (USA), INC., ECHO TARGET, INC., HOTWIRE, INC., INTERCEPT INTERACTIVE, INC., PRICELINE.COM, LLC, RACKSPACE, LTD., SHERMANS TRAVEL, INC., SIDESTEP, INC., SMARTER LIVING, INC., SPECIFICMEDIA, INC., TRAVEL MARKETING GROUP, INC., TRAVELZOO, INC., TRIBAL FUSION, INC., TRIPADVISOR LLC, VALUECLICK, INC., and THE WEATHER CHANNEL INTERACTIVE, INC., | : <br> : <br> : <br> : <br> : CASE NO. 07-341 (SLR)<br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## NOTICE OF SERVICE

  I, Adam R. Elgart, Esquire, hereby certify that on March 13, 2008, I served a true and correct copy of Defendant, The Weather Channel Interactive, Inc.'s Response to Plaintiff, Spirit Airlines, Inc. Interrogatories and a true and correct copy of Defendant, The Weather Channel Interactive, Inc.'s Response to Plaintiff, Spirit Airlines, Inc. Request for Production of Documents, by Electronic Mail and by first-class mail, postage prepaid on the following:

david.runck@fmjlaw.com
David R. Runck, Esquire
FAFINSKI MARK & JOHNSON
Flagship Corporate Center
775 Prairie Center Drive, Suite 400,
Eden Prairie, MN 55344

2

Dated:  March 13, 2008                               MATTLEMAN, WEINROTH & MILLER

_/s/ *Adam R. Elgart*__
ADAM R. ELGART, Esquire
200 Continental Drive Suite  215
Newark, DE 19713
(302)731-8349
(302)731-8753 (facsimilie)
aelgart@mwm-law.com

ATTORNEYS FOR DEFENDANT
THE WEATHERCHANNEL INTERACTIVE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPIRIT AIRLINES, INC., | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : CASE NO. 07-341 (SLR) |
| | : |
| 24/7 REAL MEDIA, INC., ADVERTISING.COM, INC., AMERICA ONLINE, INC. DBA AOL, BURST MEDIA CORPORATION, CARROLLTON BANK, CHEAPFLIGHTS (USA), INC., ECHO TARGET, INC., HOTWIRE, INC., INTERCEPT INTERACTIVE, INC., PRICELINE.COM, LLC, RACKSPACE, LTD., SHERMANS TRAVEL, INC., SIDESTEP, INC., SMARTER LIVING, INC., SPECIFICMEDIA, INC., TRAVEL MARKETING GROUP, INC., TRAVELZOO, INC., TRIBAL FUSION, INC., TRIPADVISOR LLC, VALUECLICK, INC., and THE WEATHER CHANNEL INTERACTIVE, INC., | : |

## CERTIFICATE OF SERVICE

I, Adam R. Elgart, Esquire, hereby certify that on March 13, 2008, I served a true and correct copy of the foregoing Notice of Service of Defendant the Weather channel Interactive, Inc. by first-class mail, postage prepaid on the following:

david.runck@fmjlaw.com
David R. Runck, Esquire
FAFINSKI MARK & JOHNSON
Flagship Corporate Center
775 Prairie Center Drive, Suite 400,
Eden Prairie, MN 55344

Dated:  March 13, 2008         MATTLEMAN, WEINROTH & MILLER

                               _/s/ Adam R. Elgart__
                               ADAM R. ELGART, Esquire
                               200 Continental Drive Suite  215
                               Newark, DE 19713
                               (302)731-8349
                               (302)731-8753 (facsimilie)
                               aelgart@mwm-law.com
                               ATTORNEYS FOR DEFENDANT
                               THE WEATHERCHANNEL INTERACTIVE