## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| SPIRIT AIRLINES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07-cv-341-SLR |
| ) | |
| 24/7 REAL MEDIA, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

I, William D. Sullivan, Esquire, hereby certify that on March 24, 2008, I caused a true and correct copy of ***Defendant Priceline.com's First Request for Production of Documents Directed to Plaintiff Spirit Airlines, Inc.*** to be served via U.S. Mail, First Class, postage pre-paid on the following:

Kathleen P. Makowski, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19801-1611


Date:   March 24, 2008
        Wilmington, Delaware

SULLIVAN · HAZELTINE · ALLINSON LLC

/s/ William D. Sullivan

William D. Sullivan (No. 2820)
Elihu E. Allinson, III (No. 3476)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195

*Attorneys for Priceline.com*

OF COUNSEL

Christopher J. Major, Esq.
Robinson & Cole LLP
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT  06904-2305

## CERTIFICATE OF SERVICE

    I, William D. Sullivan, hereby certify that on the 24th day of March, 2008, I caused a copy of the foregoing *Notice of Service* to be served upon the parties on the attached service list via U.S. Mail, First Class, postage pre-paid.

    Under penalty of perjury, I declare the foregoing to be true and correct.

*March 24, 2008*  
Date

           */s/ William D. Sullivan*  
           William D. Sullivan

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SPIRIT AIRLINES, INC., :
:
      Plaintiff, :
:
v. : C. A. No. 07-341-SLR
:
24/7 REAL MEDIA, INC., et al., :
:
      Defendants :

## SERVICE LIST

| | |
|---|---|
| Kathleen P. Makowski, Esquire<br>Saul Ewing LLP<br>222 Delaware Avenue, Suite 1200<br>P.O. Box 1266<br>Wilmington, DE 19801-1611 | Donald L. Kidd, Jr., Esquire<br>Squire, Sanders & Dempsey, L.L.P.<br>8000 Towers Crescent Drive, 14th Floor<br>Tysons Corner, VA 22182<br><br>**Counsel for Burst Media Corporation** |
| Adam R. Elgart, Esquire<br>Mattleman, Weinroth & Miller, P.C.<br>200 Continental Drive, Suite 215<br>Newark, DE 19713<br><br>**Counsel for:**<br>**Weather Channel Interactive Inc.** | Francis X. Sexton, Esquire<br>Sanjukta Sen, Esquire<br>Concepcion Sexton & Martinez<br>355 Alhambra Circle, Suite 1250<br>Coral Gables, FL 33134<br><br>**Counsel for Valueclick Inc.** |
| Christopher D. Loizides, Esquire<br>Loizides & Associates<br>1225 North King Street, Suite 800<br>Wilmington, DE 19801<br><br>**Counsel for SideStep Inc.** | Erica N. Finnegan, Esquire<br>Cross & Simon, LLC<br>913 North Market Street, 11th Floor<br>Wilmington, DE 19801<br><br>**Counsel for SpecificMedia Inc.** |
| Amy D. Brown, Esquire<br>Werb & Sullivan<br>300 Delaware Avenue, 13th Floor<br>Wilmington, DE 19801<br><br>**Counsel for Valueclick Inc.** | Robert J. Parsons, Esquire<br>Rogers, Moore & Rogers, LLP<br>Six South Calvert<br>Baltimore, MD 21202<br><br>**Counsel for Carrollton Bank** |

| | |
|---|---|
| Connie A. Lahn, Esquire<br>Fafinski, Mark & Johnson, P.A.<br>Flagship Corporate Center<br>775 Prairie Center Drive, Suite 400<br>Eden Prairie, MN 55344<br><br>**Counsel for Spirit Airlines Inc.** | Katharine L. Mayer, Esquire<br>McCarter & English, LLP<br>8th Floor, Renaissance Centre<br>405 North King Street<br>Wilmington, DE 19801<br><br>**Counsel for Carrollton Bank** |
| Robert J. Stearn, Jr., Esquire<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br><br>**Counsel for:**<br>**Advertising.com Inc.**<br>**America Online Inc.**<br>**Trip Advisor LLC** | Edward M. McNally, Esquire<br>Fotini A. Skouvakis, Esquire<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19899-2306<br><br>**Counsel for:**<br>**Burst Media Corporation** |
| Andrew P. Karamouzis, Esq.<br>Moran Karamouzis LLP<br>265 Sunrise Highway, Suite 61<br>Rockville Centre, NY 11570<br><br>**Counsel for 24/7** | Steven J. Lachterman<br>Steven J. Lachterman, P.A.<br>848 Brickell Avenue, Suite 750<br>Miami, FL 33131<br><br>**Counsel for Smarter Living** |
| Peter Wucetich, Esquire<br>Stradling, Yocca, Carlson & Rauth<br>Orange County Office<br>660 Newport Center Drive Suite 1600<br>Newport Beach, CA 92660<br><br>**Counsel for SpecificMedia Inc.** | CheapFlights (USA) Inc.<br>Corporation Service Company<br>2711 Centerville Rd, Suite 400<br>Wilmington, DE 19808 |
| Intercept Interactive Inc.<br>c/o Margolis & Tisman LLP<br>280 Madison Ave, 5th Fl<br>New York, New York, 10016 | Rackspace, Ltd.<br>9725 Datapoint Dr., Suite 100<br>San Antonio, TX 78229 |
| Travel Marketing Group, Inc.<br>c/o Michael D. Devolder<br>4124 Beaver Avenue<br>Des Moines, IA 50310 | TravelZoo Inc.<br>Corporation Service Company<br>80 State Street<br>Albany, NY 12207-2543 |
| Tribal Fusion, Inc.<br>c/o Dilip Dasilva, Registered Agent<br>613 Curtis Street<br>Albany, CA 94706 | Sherman's Travel, Inc.<br>56 West 88th Street<br>New York, NY 10024 |

555566.1 1/16/08

| | |
|---|---|
| Travel Marketing Group, Inc.<br>5525 Meredith Dr., Suite C<br>Des Moines, IA 50310 | Chairman or Chief Executive Officer<br>Intercept Interactive Inc.<br>270 Madison Ave, 19th Fl<br>New York, New York, 10016 |