IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPIRIT AIRLINES, INC.<br><br>           Plaintiff<br><br>v.<br><br>24/7 Real Media, Inc., *et al*,<br><br>           Defendant | )<br>)<br>) Case No. 07-CV-341-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on this 11th day of April, 2008, a copy of Defendant's Request for Production of Documents, First Set of Interrogatories, and Request for Admissions was served on the parties on the attached Service List.

Dated: April 11, 2008

WERB & SULLIVAN

By:/s/ Amy D. Brown
Amy D. Brown (No. 4077)
300 Delaware Avenue, 13th Floor
P. O. Box 25046
Wilmington, DE 19899
Telephone: (302) 652-1100
Facsimile: (302) 652-1111
abrown@werbsullivan.com

*Attorney for Valueclick, Inc.*

## SERVICE LIST

KATHLEEN P. MAKOWSKI, ESQ.
SAUL EWING, LLP
222 Delaware Avenue, 12th Floor,
Wilmington, DE 19801
*Local Counsel for Plaintiff*
*Spirit Airlines, Inc.*

Donald L. Kidd, Jr., Esq.
Squire Sanders & Dempsey, L.L.P., 14th Floor
8000 Towers Crescent Drive
Tyson Corner, VA 22182

Amy D. Brown, Esq.
Werb & Sullivan
300 Delaware Avenue
13th Floor
Wilmington, Delaware 19801
Email: abrown@werbsullivan.com

Adam R. Elgart, Esq.
Mattleman, Weinroth & Miller, P.C.
200 Continental Drive, Suite 215
Newark, DE 19713

Christopher D. Loizides, Esq.
Loizides & Associates
1225 North King Street, Suite 800
Wilmington, DE 19801

Erica N. Finnegan, Esq.
Cross & Simon, LLC
913 North Market Street, 11th Floor
Wilmongton, DE 19801

Robert J. Parsons, Esq.
Rogers Moore & Rogers, LLP
Six South Calvert
Baltimore, MD 21202

Connie A Lahn, Esq.
Fafinski Mark & Johnson, P.A.
Flagship Corporate Center
775 Prairie Center Drive, Suite 400
Eden Prairie, MN 55344

Katharine L. Mayer, Esq.
McCarter & English, LLP
8th Floor, Renaissance Centre
405 North King Street
Wilmington, DE 19801

Robert J. Stern, Jr., Esq.
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Edward M. McNally, Esq.
Fotini A. Skouvakis, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

Andrew P. Karamouzis, Esq.
Moran Karamouzis, LLP
265 Sunrise Highway, Suite 61
Rockville Centre, NY 11570

Steven J. Lachterman
Steven J. Lachterman, P.A.
848 Brickell Avenue, Suite 750
Miami, FL 33131

CheapFlights (USA), Inc.
Corporation Service Company
2711 Centerville Rd., Suite 400
Wilmington, DE 19808

Rackspace, Ltd.
9725 Datapoint Dr., Suite 100
San Antonio, TX 78229

TravelZoo, Inc.
Corporation Service Company
80 State Street
Albany, NY 12207-2543

Sherman's Travel, Inc.
56 West 88th Street
New York, NY 10024

Chairman of Chief Executive Officer
Intercept Interactive, Inc.
270 Madison Avenue, 19th Floor
New York, NY 10016

Peter Wuceich, Esq.
Stadling Uocca Carlson & Rauth
Orange County Office
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660

Intercept Interactive Inc.
c/o Margolis & Tisman LLP
280 Madison Avenue, 5th Floor
New York, NY 10016

Travel Marketing Group, Inc.
c/o Michael D. Devolder
4124 Beaver Avenue
Des Moines, IA 50310

Tribal Fusion, Inc.
c/o Dilip Dasilva, Registered Agent
613 Curtis Street
Albany, CA 94706

Travel Market Group, Inc.
5525 Meredith Dr., Suite C
Des Moines, IA 50310

T:\CFCLAW\CASES\U-Z\Valueclick\Spirit Airlines, Inc\Pleadings\Firms Pleadings\Discovery\Request for Production of Documents.doc